1  ROBERT KANE (CSB No. 71407)
   LAW OFFICES OF ROBERT KANE
2  870 Market Street
   San Francisco California. 94102
3  Tel: 415 982-1510
   Fax: 415 982-5821
4  RKANE1089@AOL.COM

5  PAUL. B. COHEN (CSB No. 148371)
   BROOKE THATCHER (CSB No 148371)
6  LEGAL AID OF MARIN
   30 NORTH SAN PEDRO ROAD
7  SAN RAFAEL, CALIFORNIA
   Tel: (415) 982-0230
8  Fax (415)492-0947
   Bthacher@legalaidmarin.org
9
   SHIRLEY HOCHHAUSEN (CSB No. 145619)
10 COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
   2117-B University Avenue
11 East Palo Alto, CA 94303
   Telephone: (650) 326-6440
12 Facsimile:  (650) 326-9722
   s_hochhausen@hotmail.com
13
   Attorneys for Plaintiff,
14 Audrey McNamara Nevis

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18
                                              CASE 07   2568
19 AUDREY MCNAMARA NEVIS,

20        Plaintiff,                          PLAINTIFF AUDREY MCNAMARA NEVIS'
                                              *EX PARTE* MOTION FOR TEMPORARY
21        v.                                  RESTRAINING ORDER AND ORDER TO
                                              SHOW CAUSE REGARDING PRELIMINARY
22 WELLS FARGO BANK, EXECUTIVE                INJUNCTION
   FINANCIAL LENDING INC. JOHN B.
23 SPEAR, SHAI MOSHE, GATEWAY
   TITLE COMPANY, QUALITY LOAN
24 SERVICES CORP. and DOES 1-100,
   inclusive
25 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26      Pursuant to FED. R. CIV. P. 65 and Civil Local Rule 65-1, Plaintiff Audrey McNamara

27 Nevis (Ms. Nevis) hereby moves the Court *ex parte* for a Temporary Restraining Order and Order

28
                                   -1-

Stamps: ORIGINAL FILED MAY 15 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; E-filing; EMC

1  to Show Cause Regarding Preliminary Injunction to enjoin defendant Wells Fargo (Wells Fargo)
2  Quality Loan Service Corp. (Quality") and its officers, agents, servants, employees, and all
3  persons acting in concert with them or acting on their behalf, pending trial of this action from
4  directly or indirectly initiating foreclosure proceedings on a property owned by plaintiff Audrey
5  McNamara Nevis and located at 16 Creekside Drive in San Rafael Ca. 94903.
6      This application is made on the grounds that Ms. Nevis will be irreparably harmed without
7  injunctive relief as Quality and its principals are threatening to foreclose on Ms. Nevis' home, on
8  May 21, 2007
9      This Application is based on the Complaint on file in this action and the Declarations of
10 Audrey Nevis and the Memorandum of Points and Authorities filed herewith.
11     As stated in the accompanying Declaration of Shirley Hochhausen and pursuant to Civil
12 Local Rules 7-10 and 65-1, defendants were notified of this *ex parte* motion and served with the
13 motion and all supporting papers before they were filed with the Court.

Dated: May 15, 2007

LAW OFFICES OF ROBRERT F. KANE

LEGAL AID OF MARIN

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO

By /s/ Shirley Hochhausen
SHIRLEY HOCHHAUSEN
Attorneys for Plaintiff
AUDREY MCNAMARA NEVIS