ROBERT KANE (CSB No. 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street
San Francisco California. 94102
Tel: (415) 982-1510
Fax: (415) 982-5821
rkane1089@aol.com

PAUL S. COHEN (CSB No. 148371)
BROOKE THACHER (CSB No. 228637)
LEGAL AID OF MARIN
30 NORTH SAN PEDRO ROAD
SAN RAFAEL, CALIFORNIA
Tel: (415) 492-0230
Fax: (415) 492-0947
bthacher@legalaidmarin.org

SHIRLEY HOCHHAUSEN (CSB No. 145619)
COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
2117-B University Avenue
East Palo Alto, CA 94303
Telephone: (650) 326-6440
Facsimile: (650) 326-9722
s_hochhausen@hotmail.com

ORIGINAL FILED

MAY 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, EXECUTIVE FINANCIAL LENDING, INC. JOHN B. SPEAR, SHAI MOSHE, GATEWAY TITLE COMPANY, QUALITY LOAN SERVICES CORP and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. C07 2568<br><br>DECLARATION OF AUDREY MCNAMARA NEVIS IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION |

I, Audrey McNamara Nevis, declare as follows:

1. I have personal knowledge of the facts below and, if called as a witness, could

1. name Shai Moshe and the name Executive Financial Lending. In the course of the next few weeks other papers were faxed to me at Kinko's by Moshe and Executive Financial Lending. One of the documents falsely stated that I was employed by Commercial Travel at 99 Smith Ranch Road, San Rafael 94903. I was concerned about this because I have never worked for a Travel Agency. Mr. Moshe told me that this was "standard operating procedure" and that I was to sign the papers and return them to him. As instructed, I signed and sent then to Moshe and Executive Financial by return Fax.

8. I never met Mr. Moshe or any employee of Executive Financial Lending in person. My only contact with Mr. Moshe and Executive Financial Lending was by telephone or Fax.

9. On or about June, 6, 2007, I got a call from Mr. Moshe telling me that I had been approved for a loan, He told me to expect a Notary Public to come to my home on or about June 8, 2007, and that the notary would bring the loan papers for me to sign.

10. On or about June 8, 2007 a notary came to my home and gave me a stack of documents. She flipped the pages and I signed where she indicated. The Notary Public left papers with me at the time that I signed the documents. Because the documents were important I put them in a plastic container, which I regarded as a safe place.

11. When I received my first bill for loan payment, I was surprised to see that it was higher than my previous payment. My previous payment was $4,700 and the new payment was $5,736.95. I telephoned Executive to inquire about why my loan payment was so high and was advised by "Tina" that there was nothing they could do.

12. I started to worry about the loan and whether it was O.K. I started to inquire of others about loan procedure and visited the Office of the District Attorney for Marin. Malcolm Vaughn of the District Attorney's office took my complaint and suggested that I go to see a lawyer at Legal Aid of Marin. It was through Legal Aid of Marin that I met my other counsel. I subsequently learned that many of the things Shai Moshe had told me about the loan were not true.

13. When I first started to talk with my lawyers at Legal Aid of Marin they asked me to

1  and would competently testify thereto.

2      2. I live by myself in my home located at 16 Creekside Drive, San Rafael, California.

4      3. My income is derived entirely from Social Security in the amount of $1,085 per month. At the time of the loan which is the subject of this action, my source of income and the amount of my income was Social Security in the amount of $1,050.

7      4. I purchased my home in 1988 for $320,000. In the course of the 19 years that I have owned my home I have refinanced the home several times. Each time I refinanced, I did so with World Saving Bank and with the same World Savings Bank representative, Ms. Wright. who assisted me each time. I tried to refinance with World Savings Bank but, I was told that the representative with whom I had worked was no longer with them. The World Savings Bank representative to whom I spoke at that time evaluated my application and told me that World Savings Bank could not qualify me for a loan.

14      5. One day I got an unsolicited telephone call from a man who identified himself as Shai Moshe. Mr. Moshe told me that he was employed by Executive Financial Lending and that he wanted to help me refinance my home loan. I responded by telling him that I did not have sufficient income to support a refinance loan that my only income was derived from Social Security in the amount of $1,050 and that I had been turned down by World Savings Bank and other lenders.

20      6. In the course of this initial conversation with Mr. Moshe he also told me that he was very well connected and that he was sure he could get me a "no cost" loan, that the loan would be a fixed loan, that it would reduce my monthly payments, that it would pay off my existing debts and provide me with cash so that I could make the monthly payments on the new loan. Mr. Moshe went on to ask some questions regarding my home and my prior employment. In response to his questions, I told him that I had been a stewardess. He responded: "I can work with that".

27      7. Mr. Moshe told me that he would prepare some papers and fax them to me for my signature. Papers were faxed to me at the local Kinko's store. The Fax I received bore the

bring all of the papers I had received in connection with the refinance of my home by New Century. I did so. The only documents I was given to keep were the papers I got at the time the Notary Public came to my home. I provided all of these papers to my lawyer at Legal Aid of Marin

14. **EXHIBIT** A is a copy of a notice I received at the time I signed the loan papers before the Notary Public. The notice is titled "NOTICE OF RIGHT TO CANCEL". I received one copy that was filled in and one copy that was blank.

15. My first loan payment was due shortly after the signing. I used some of the money from the loan proceeds to make the first mortgage payment. I did the same for two more months. Then the loan proceeds were used up and I could no longer make the mortgage payments of $5,736.95 on my Social Security check for $1,050 per month.

16. I was unable to continue making payments on the New Century loan because the monthly payment is more than 5 time greater than my monthly income. The loan went into default. Had I known the true terms of the loan, and had the true terms of the loan not been misrepresented to me, I never would have done this refinancing.

17. Attached hereto as **Exhibit B** is a true and correct copy of the notice of Default.

18. Attached hereto as **Exhibit C** is a true and correct copy of a Notice of Foreclosure Sale. I received this notice on May 3, 2007. The notice is dated April 29, 2007 and indicates that the sale of my home is scheduled to take place on May 21, 2007. A further notice was nailed to the fence of my home after May 3, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed by me this 9th day of May, 2007, in San Rafael, Marin County, California.

By _Audrey McNamara Nevis_
AUDREY MCNAMARA NEVIS