ROBERT KANE (CSB No. 71407 )
LAW OFFICES OF ROBERT KANE
870 Market Street
1  San Francisco California. 94102
Tel: 415 982-1510
2
RKANE1089@AOL.COM
3
PAUL B COHEN (CSB No. 148371)
4  BROOKE THATCHER (CSB No 148371)
LEGAL AID OF MARIN
5  30  North San Pedro Road
San Rafael, California
6  Tel: (415) 982-0230
Fax (415)492-0947
7  BTHACHER@LEGALAIDOFMARIN.ORG

8  Fax: 415 982-5821
SHIRLEY HOCHHAUSEN (CSB No. 145619)
9  COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
2117-B University Avenue
10 East Palo Alto, CA 94303
Telephone: (650) 326-6440
11 Facsimile:  (650) 326-9722
s_hochhausen@hotmail.com
12
Attorneys for Plaintiff Audrey Nevis
13

14              UNITED STATES DISTRICT COURT                 EMC

15          NORTHERN DISTRICT OF CALIFORNIA

16                  NORTHERN DIVISION

17
AUDREY MCNAMARA NEVIS                  CASE NO.
18                                     C 07    2568
            Plaintiff,
19                                     DECLARATION OF SHIRLEY
                                       HOCHHAUSEN IN SUPPORT OF
      v.                               PLAINTIFF'S *EX PARTE* MOTION FOR
20                                     TEMPORARY RESTRAINING ORDER AND
                                       ORDER TO SHOW CAUSE REGARDING
21 WELLS FARGO BANK, EXECUTIVE         PRELIMINARY INJUNCTION
FINANCIAL LENDING, INC., JOHN B.
22 SPEAR, SHAI MOSHE, GATEWAY
TITLE COMPANY, QUALITY LOAN
23 SERVICES.CORP., DOES 1-100,
inclusive,
24
            Defendants.
25

26

I, Shirley Hochhausen, declare as follows:

1.    I am an attorney at law, duly admitted to practice before this Court, and work at Community legal Services in East Palo Alto, I am one of the attorneys of record for plaintiff Audrey McNamara Nevis ("Ms. Nevis").  I make this declaration of my own personal knowledge, and if called upon to do so, could and would competently testify thereto.

2.    In the first week of May, 2007 I learned that Quality Loan Services Corp. sent Ms. Nevis a notice of foreclosure sale. Ms. Nevis received the notice on May 3, 2007 as referenced in paragraph 18 of Ms. Nevis declaration. The notice stated that a foreclosure sale of the Nevis home at 16 Creekside Drive, San Rafael, California, was scheduled for May 21, 2007 at 3 p.m.

3.    On May 7, 2007, I telephoned Quality Loan Service Corp ("Quality") the foreclosure agent whose name appeared on the notice as the entity designated to conduct the foreclosure.  I telephoned the numbers on the notice of foreclosure and was unable to get a response at any of the numbers.  I left a message for Lee Paschen the only person whose name appeared on the foreclosure notice.

4.    On May 7, 2007. I wrote to Tom Lippold, Quality's President indicating that the loan was obtained through fraud, violated the Truth in Lending Act ("TILA") and the Real Estate Settlement Procedures Act and advising him that Ms. Nevis was exercising her option under the TILA to rescind the subject loan and thereby cancel the security interest held by the owner of the loan.  Attached hereto as Exhibit D is a true and correct copy of the letter sent to Tom Lippold, Quality's President.

5.    On May 9, 2007, I received a telephone call from Nicole Fuentes at Quality advising that they had received my letter and needed the supporting documents, referred to in the letter.  Ms Fuentes advised that she would send my letter and supporting documents to New Century, their client and that someone would be in touch with me. Since that time I have had no further communication from Quality.

Attached hereto as Exhibit E is a true and correct copy of the letters and supporting

1 documents I sent to Tom Lippold, Quality's President on May 10, 2007.

2        6.  On May 11, 2007 having received no response, I telephoned Ms.Fuentes of

3 Quality and left word for her to call me regarding our conversation of May 9, 2007 and

4 the foreclosure.

5        7.  On May 14, 2007, I received a call from Ms. Fuentes advising me that she

6 had sent the letter of rescission and supporting documents to Quality's counsel, Dan

7 Goulding.

8        8.  On May 14, 2007 at 12:30 p.m. I telephoned Mr. Goulding and left a

9 voice mail for him.  I again telephoned Mr. Goulding at 4:55 p.m. and left a message

10 notifying him that Ms. Nevis would seek a Temporary Restraining Order in the United

11 States District Court, Northern District on May 15, or 16, 2007 to stop the foreclosure

12 sale of her home at 16 Creekside Drive, San Rafael, California.

13        9.  On May 14, 2007 I telephoned Wells Fargo Bank at 4:45 p.m. and left a

14 message for Mr. Patrick, Foreclosure Manager, to advise him that Ms. Nevis would

15 seek a Temporary Restraining Order in the United States District Court, Northern

16 District on May 15 or 16, 2007 to stop the foreclosure sale of her home at Creekside

17 Drive, San Rafael, California.

18        10.  On May 14, 2007 at 4:55 p.m. I telephoned Executive Financial Lending

19 Inc. ("Executive") and left a message for Executive, John Spear and Shai Moshe

20 advising them that Ms. Nevis would seek a Temporary Restraining Order in the United

21 States District Court, Northern District on May 15 or 16, 2007 to stop the foreclosure

22 sale of her home at 16 Creekside Drive San Rafael, California.

23        11.  On May 14, 2007 I sent by United Sates mail, copies of the same letter I

24 sent to Quality,  rescinding the Nevis loan for 16 Creekside Drive, San Rafael, California

25 (attached as Ex. E) to all defendants in this matter, as well as to the original lender, New

26 Century.

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
1117 University Avenue
East Palo Alto, California 94303

May 7, 2007

By Telefax to 1-619-645-7716 and U.S. Mail:

Tom Lippold, President
Quality Loan Services Corp
319 Elm Street
San Diego, California 92101

Re: TS# CA-07-73247-DD
Loan # 1008151947
Property of Audrey McNamara Nevis:
Located at 16 Creekside Drive
San Rafael, Ca. 94903

Dear Mr. Lippold:

I am writing to you regarding the above captioned foreclosure presently scheduled for
May 21, 2007 because I have been unsuccessful in reaching anyone at your offices to
assist me in this urgent matter.

Our office represents Audrey Nevis who is the owner of the above captioned property in
foreclosure.

The underlying loan was originally made by New Century Mortgage and then sold to
Wells Fargo. The loan is the subject of an ongoing fraud investigation by the Office of
the District Attorney, Marin County and contains many of the irregularities that are
detailed as egregious behavior on the part of New Century in the FDIC Order relating to
the operations of New Century in that the true costs and fees relating to the loan were
concealed from Ms. Nevis, her loan application was falsified, she was given a high cost
loan that the lender and broker knew or should have known could not be repaid on the
$1,400 in Social Security on which Ms. Nevis subsists and she did not receive adequate
and timely disclosure (including three day notices of her right to rescind the loan), as
required by the Truth in lending Act. A copy of the FDIC order is attached for your
reference.

Please find that I have also enclosed a second letter formally rescinding the above
captioned loan. As you know, rescission claims and defenses that arise under -TILA,
against the original lender may be asserted against a subsequent purchaser or assignee of

EXHIBIT D

the loan. The effect of rescission is to cancel and void the security interest. The consumer is not liable for any amount, and the creditor must return any money or property given to anyone in connection with the transaction and take any action necessary to effect termination of the security interest within 20 days after receipt of the notice of rescission. Further, as the rescission of the loan cancels the lender's (or his successors) security interest in the loan, it is my view that no foreclosure can proceed. I have enclosed a copy of the Court's opinion in the consolidated Ameriquest cases which reiterates that "rescission derails foreclosure".

I think it would be productive for us to discuss this matter and welcome the opportunity to talk with you or a member of your staff. I can be reached at 415 982-1510 or by cell at 510 776-9223.

Very Truly Yours,

Shirley Hochhausen
Managing Attorney, Predatory Lending Project.

cc: Wells Fargo Bank