**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 16, 2007

Case No.   C 07-2568  MHP              Judge: MARILYN H. PATEL

Title: AUDREY MCNAMARA NEVIS -v- WELLS FARGO BANK et al

Attorneys:  Plf: Robert Kane, Shirley Hochhausen
            Dft: no appearance

Deputy Clerk:  Anthony Bowser   Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)   Plaintiff's Motion for TRO

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court to grant TRO for a period of ten days; Service to be effectuated within two days;

Further hearing set for 2:00 pm on 5/23/2007;