RECEIVED

MAY 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

MAY 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EMC

1  ROBERT KANE (CSB No. 71407)
2  LAW OFFICES OF ROBERT KANE
   870 Market Street
3  San Francisco California. 94102
   Tel: (415) 982-1510; Fax: (415) 982-5821
4  RkanE1089@aol.com

5
   PAUL B. COHEN (CSB No.148371)
6  BROOKE THATCHER (CSB No. 228637 )
   LEGAL AID OF MARIN
7  30 NORTH SAN PEDRO ROAD
   SAN RAFAEL, CALIFORNIA 94903
8  Tel: (415) 492-0230; Fax: (415) 492-0947
9  bthacher@legalaidofmarin.org

10 SHIRLEY HOCHHAUSEN (CSB No. 145619)
   COMMUNITY LEGAL SERVICES IN
11 EAST PALO ALTO
   2117-B University Avenue
12 East Palo Alto, CA 94303
   Tel: (650) 326-6440; Fax:(650) 326-9722
13 S_Hochhausen@hotmail.com
14

15 Attorneys for PLAINTIFF Audrey McNamara Nevis

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
NORTHERN DIVISION

AUDREY MCNAMARA NEVIS,                     Case No. C07 2568

    Plaintiff,
                                           TEMPORARY RESTRAINING
    v.                                     ORDER AND ORDER TO SHOW
                                           CAUSE REGARDING
WELLS FARGO BANK, a California Corporation PRELIMINARY INJUNCTION
EXECUTIVE FINANCIAL LENDING, JOHN B.
SPEAR, an individual, SHAI MOSHE, an individual,
GATEWAY TITLE COMPANY, QUALITY LOAN
SERVICES. Trustee, and; and DOES 1-100, inclusive,

    Defendants.

---

TRO AND OSC RE PRELIMINARY INJ.

| | |
|---|---|
| 1 | |
| 2 | TO DEFENDANTS WELLS FARGO BANK, EXECUTIVE FINANCIAL LENDING INC. JOHN B. SPEAR, SHAI MOSHE, GATEWAY TITLE COMPANY, QUALITY LOAN SERVICES CORP.: |

TO DEFENDANTS WELLS FARGO BANK, EXECUTIVE FINANCIAL LENDING INC. JOHN B. SPEAR, SHAI MOSHE, GATEWAY TITLE COMPANY, QUALITY LOAN SERVICES CORP.:

YOU AND EACH OF YOU ARE ORDERED TO SHOW CAUSE at 2:00 p.m. on May 23, 2007, or as soon thereafter as counsel may be heard, in Courtroom 15, located at 450 Golden Gate Avenue, in San Francisco, why you, your agents, assigns and those acting in concert with you should not be restrained and enjoined pending trial from directly or indirectly initiating foreclosure proceedings on a property owned by plaintiff Audrey McNamara Nevis located at 16 Creekside Drive, San Rafael, California. 94903

PENDING HEARING on the above Order to Show Cause, you, your agents, servants, assigns and all those acting in concert with you ARE HEREBY RESTRAINED AND ENJOINED from selling or attempting to sell the real property located at 16 Creekside Drive, San Rafael, California. 94903

The above temporary restraining order is effective on Plaintiff posting an undertaking the sum of $ -0-. This order to show cause and supporting papers must be served on defendants no later than 2 days before the date set for hearing and proof of service must be filed no later than 7 days before the date set for hearing.

IT IS SO ORDERED.

DATED: May 16, 2007

_____
U.S. DISTRICT JUDGE

TRO AND OSC RE PRELIMINARY INJ.