| Attorney or Party Without Attorney (Name and Address) | | | Telephone No: | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Law Offices of Robert F. Kane | | | 415 982-1510 | | |
| 870 Market Street | | Suite 1128 | | | |
| San Francisco | CA | 94102 | Reference Number: | | |
| Attorney For: Plaintiff | | | 83363 | | |

United States District Court
Northern District Of California

| Plaintiff/Petitioner: | Nevis |
|---|---|
| Defendant/Respondent: | Wells Fargo Bank |

| | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | C-07-2568 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons; Complaint; Civil Cover Sheet; ECF Registration Information Handout;
   Reassignment Order; Plaintiff Audrey McNamara Nevi's Ex Parte Motion for Temporary
   Restraining Order and Order to Show Cause Regarding Preliminary Injunction;
   Memorandum of Points and Authorities; Declaration of Audrey McNamara Nevis;
   Declaration of Shirley Hochhausen; Temporary Restraining Order and Order to Show
   Cause Regarding Preliminary Injunction

3a. Name of Defendant:   Quality Loan Services, Corp.

3b. Person Served   :  Sarah Harris. Title: Paralegal
    Description    :

4. Address      :   319 Elm Street 2nd Floor
                    San Diego, CA 92101

5b. Date of Service :   5/17/2007   Time: 11:15am.

Substituted Service on a natural person, minor, incompetent, or candidate. By leaving
copies at the dwelling house, usual place of abode, or usual place of business of the
person served in the presence of a competent member of the household or a person
apparently in charge of the office or place of business at least 18 years of age, who
was informed of the general nature of the documents, and thereafter mailing (By FIRST
CLASS MAIL ) postage fully prepaid copies to the person served at the place where the
copies were left. (CCP 415.20b)

Date and Place of Mailing: 5/17/2007 from San Diego, CA 92101

Hearing Date:   Time:   Dept/Div.:

7. Person Serving  (name, address, and telephone No.):

**Central Attorney Service, Inc.**
1241 State Street
San Diego, CA 92101
(619)233-3344 Fax (619)233-3350

Fee for service: $   $25.00

Andrea Quinones

Registered California process server:
(i) employee
(ii) Registration No.:  1294
(iii) County:  San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  5/17/2007

(Signature)

| United States District Court, Northern District Of California | | | | For Court Use Only |
|---|---|---|---|---|
| *Plaintiff:* Audrey McNamara Nevis | | | | |
| *Defendant:* Wells Fargo Bank, et al | | | | |
| **PROOF OF SERVICE** **Summons Civil Case** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* C072568EMC |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Verified Complaint; Civil Cover Sheet; Ecf Registration Information Handout; Reassignment Order; Plaintiff Audrey Mcnamara Nevis' Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Plaintiff Audres Mcnamara Nevis Memorandum Of Points And Authorities In Support Of Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Declaration Of Audrey Mcnamara Nevis In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Declaration Of Shirley Hochhausen In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction

*3. a. Party served:*      Gateway Title Company
   *b. Person served:*     John Geraci, Senior Vice President

*4. Address where the party was served:*      1405 North San Fernando Road
                                              Burbank, CA  91505

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 17, 2007 (2) at: 1:54PM
*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant
*7. Person Who Served Papers:*
   a. Donald  Slayton, CCPS
   **b. Amstar Express**
      22136 Clarendon Street, Suite 1
      WOODLAND HILLS, CA  91367
   c. 818.887.2727

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $69.00
   e. I am: (3) registered California process server
      *(i)* Owner
      *(ii) Registration No.:*    380
      *(iii) County:*    Ventura
      *(iv) Expiration Date:*    Wed, Mar. 19, 2008

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Thu, May. 17, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons Civil Case

(Donald  Slayton, CCPS)

830.3260

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Robert F. Kane, Bar #71407<br>Law Offices of Robert F. Kane<br>870 Market Street, Suite 1128<br>SAN FRANCISCO, CA 94102<br>*Telephone No:* 415.982.1510      *FAX No:* 415.982.5821 | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | | | | |
| *Plaintiff:* Audrey McNamara Nevis<br>*Defendant:* Wells Fargo Bank, et al | | | | |
| **PROOF OF SERVICE**<br>**Summons Civil Case** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C072568EMC |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Verified Complaint; Civil Cover Sheet; Ecf Registration Information Handout; Reassignment Order; Plaintiff Audrey Mcnamara Nevis' Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Plaintiff Audres Mcnamara Nevis Memorandum Of Points And Authorities In Support Of Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Declaration Of Audrey Mcnamara Nevis In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Declaration Of Shirley Hochhausen In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction

*3. a. Party served:*          Executive Financial Lending
   *b. Person served:*         Sar Masihi, Person authorized to accept service of process

*4. Address where the party was served:*     15315 Magnolia Blvd.
                                             Sherman Oaks, CA 91403

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 17, 2007 (2) at: 1:17PM
*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant
**7. Person Who Served Papers:**                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Donald Slayton, CCPS                   d. **The Fee** for Service was:    $69.00
   **b. Amstar Express**                     e. I am: (3) registered California process server
      22136 Clarendon Street, Suite 1           *(i)* Owner
      WOODLAND HILLS, CA 91367                  *(ii) Registration No.:*     380
   c. 818.887.2727                              *(iii) County:*              Ventura
                                                *(iv) Expiration Date:*      Wed, Mar. 19, 2008

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Thu, May. 17, 2007

   Judicial Council Form POS-010          **PROOF OF SERVICE**                    (Donald Slayton, CCPS)
   Rule 982.9.(a)&(b) Rev January 1, 2007  **Summons Civil Case**                                          830.3257