Audrey McNamara Nevis          C07  2568

v.

Wells Fargo et al

## PROOF OF SERVICE

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action.

On May 17, 2007 I served the foregoing document described as: Summons, Complaint for Injunctive Relief etc., Civil Cover Sheet, ECF Registration handout, Reassignment order Plaintiff's Ex Parte Motion for a Temporary Restraining Order and Order to Show Cause Regarding preliminary Injunction, Memorandum of Points and Authorities, Declaration of Audrey McNamara Nevis, Declaration of Shirley Hochhausen, Temporary Restraining O and Show Cause Regarding preliminary Injunction on the following:

    WELLS FARGO BANK
    1 MONTGOMERY STREET
    SAN FRANCISCO, CA.

    [X] BY PERSONAL SERVICE

I delivered such envelope by hand to the offices of the addressee.

    (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   [X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2007 at San Francisco, California.

_____
Shirley Hochhausen