**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 23, 2007

Case No.   C 07-2568  MHP				Judge: MARILYN H. PATEL

Title: AUDREY MCNAMARA- NEVIS -v- WELLS FARGO BANK et al

Attorneys:  Plf: Robert Kane, Shirley Hochhausen
	        Dft: no appearance

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Plaintiff's Motion for TRO

2)

3)

**ORDERED AFTER HEARING:**

Service effectuated; Preliminary Injunction entered on same conditions as TRO and deemed entered today; Counsel to submit proposed order.