ROBERT F. KANE, ESQ. (State Bar No. 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
(415) 982-1510; Fax (415) 982-5821
rkane1089@aol.com

PAUL B. COHEN (State Bar No. 148371)
BROOKE THATCHER (State Bar No. 228637)
LEGAL AID OF MARIN
30 North San Pedro Road
San Rafael, CA 94903
(415) 492-0230; Fax (415) 492-0947
bthacher@legalaidofmarin.org

SHIRLEY HOCHHAUSEN (State Bar No. 145619)
COMMUNITY LEGAL SERVICES OF EAST PALO ALTO
2117-B University Avenue
East Palo Alto, CA 94303
(650) 326-6440; Fax (650) 326-9722
S.Hochhausen@hotmail.com

Attorneys for Plaintiff
AUDREY McNAMARA NEVIS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, EXECUTIVE FINANCIAL LENDING, INC., JOHN B. SPEAR, SHAI MOSHE, GATEWAY TITLE COMPANY, QUALITY LOAN SERVICES CORP. and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.: C07 2568<br><br>~~(Proposed)~~<br>PRELIMINARY INJUNCTION<br><br><br><br>Date: May 23, 2007<br>Time: 2:00 p.m.<br>Judge: Hon. Marilyn H. Patel |

1

PRELIMINARY INJUNCTION

1   Pursuant to the Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction issued by this Court, the application of plaintiff, Audrey McNamara Nevis, for an order for preliminary injunction was heard on May 23, 2007 at 2:00 p.m. before the Honorable Marilyn H. Patel, United States District Court Judge. Robert F. Kane, Shirley Hochhausen and Brooke Thatcher appeared as counsel for plaintiff, Audrey McNamara Nevis. Although defendants Wells Fargo Bank, Executive Financial Lending, Inc., Gateway Title Company, and Quality Loan Services Corp. were served in accordance with this Court's order, no one appeared on their behalf. Defendants John P. Spear and Shai Moshe were not served as plaintiff's process server was advised that they no longer worked for Executive Financial Lending, Inc.

Satisfactory proof having been made and good cause appearing,

IT IS ORDERED that:

1.   Effective as of 2:20 p.m. on May 23, 2007 and during the pendency of this action, defendants Wells Fargo Bank, Executive Financial Lending, Inc., Gateway Title Company, Quality Loan Services Corp., John B. Spear and Shai Moshe, and each of their agents, assigns and those acting in concert with each or any of them, are hereby restrained and enjoined from, directly or indirectly, selling or attempting to sell, or initiate or proceed with foreclosure proceedings with respect to, the property owned by plaintiff Audrey McNamara Nevis located at 16 Creekside Drive, San Rafael, California.

2.   No bond is required.

Dated: May 25, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

PRELIMINARY INJUNCTION