1  JOHN F. CAVIN, ESQ. (SB# 88946)
   HELEN V. POWERS, ESQ. (SB# 175164)
2  **BARDELLINI, STRAW, CAVIN & BUPP, LLP**
   2000 Crow Canyon Place, Suite 330
3  San Ramon, California  94583
   Telephone:  (925) 277-3580
4  Facsimile:  (925) 277-3591
   jcavin@bscb.com
5  hpowers@bscb.com

6  Attorneys for Defendant GATEWAY TITLE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS, ) | Case No. C 07 2568 |
| Plaintiff, ) | **STIPULATION BY PLAINTIFF AND DEFENDANT GATEWAY TITLE COMPANY FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |
| v. ) | |
| WELLS FARGO BANK, a California corporation, EXECUTIVE FINANCIAL LENDING, JOHN B. SPEAR, an individual, SHAI MOSHE, an individual, GATEWAY TITLE COMPANY, QUALITY LOAN SERVICES, Trustee and DOES 1-100, inclusive, ) | |
| Defendants. ) | |

Plaintiff AUDREY MCNAMARA NEVIS and Defendant GATEWAY TITLE COMPANY, by and through their attorneys of record, hereby agree and stipulate that Gateway Title Company shall have until and including July 16, 2007 to answer or otherwise respond to Plaintiff's complaint.

Dated July 11, 2007                                    Dated July 11, 2007

BARDELLINI, STRAW & CAVIN, LLP                         LAW OFFICES OF ROBERT KANE

         */s/ Helen V. Powers*                                  */s/ Robert Kane*
By: _____                    By: _____
    John F. Cavin                                          Robert Kane
    Helen V. Powers                                        Attorney for Plaintiff
    Attorneys for Defendant                                Audrey McNamara Nevis
    Gateway Title Company

# PROOF OF SERVICE

I declare that I am employed in San Ramon, California. I am over the age of 18 years and not a party to this action. My business address is 2000 Crow Canyon Place, Suite 330, San Ramon, CA 94583. On this date, with this Proof of Service, I caused to be served the attached document(s) entitled:

**U.S. Dist. Court, Northern Div., Case No. C07-2568:**
**Stipulation by Plaintiff and Defendant Gateway Title Company for Extension of Time to Answer Complaint**

on the following party(ies), as listed below:

**Attorneys for Plaintiff Audrey McNamara Nevis**
**Paul B. Cohen, Esq.**
**Brooke E. Thatcher, Esq.**
**Legal Aid of Marin**
**30 North San Pedro Rd., Ste. 220**
**San Rafael, CA 94903**
**Tele: (415) 492-0230**
**Fax:  (415) 492-0947**

**Attorneys for Plaintiff Audrey McNamara Nevis**
**Robert F. Kane, Esq.**
**Law Offices of Robert F. Kane**
**870 Market Street**
**San Francisco, CA 94102**
**Tele: (415) 982-1510**
**Fax: (415) 982-5821**
**email:  Rkane1089@aol.com**

**Attorneys for Plaintiff Audrey McNamara Nevis**
**Shirley Hochhausen, Esq.**
**Community Legal Services East Palo Alto**
**2117-B University Avenue**
**East Palo Alto, CA 94303**
**Tele: (650) 326-6440**
**Fax:  (650) 326-9722**

The following is the procedure in which service of this document(s) was effected:

_xx_   **By Mail:**   I caused such envelope to be deposited in the mail at San Ramon, California with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox in Contra Costa County at the close of the business day.

____   **By Fax:**   I caused a copy of the above named documents to be transmitted via facsimile to the facsimile number of the offices of the addressee(s) as indicated above. The facsimile machine used complied with California Rule of Court §2003, and no error was reported by the facsimile machine.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 11, 2007 in San Ramon, California.

/s/ *Cheryl J. McAlice*

Cheryl J. McAlice