1 | **McCARTHY & HOLTHUS, LLP**
Daniel J. Goulding, Esq. (SBN 120561)
2 | David C. Scott, Esq. (SBN 225893)
1770 Fourth Avenue
3 | San Diego, CA 92101
 Telephone: (619) 685-4800
4 | Facsimile: (619) 685-4810

Attorneys for Defendant, Quality Loan Services Corporation

**UNITED STATES DISCTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

AUDREY MCNAMARA NEVIS,

        Plaintiff,

v.

QUALITY LOAN SERVICES
CORPORATION, a California Corporation, *et al*;

        Defendants.

Case No. C072568

**DECLARATION OF NONMONETARY STATUS**
**[Civil Code §29241]**

  Pursuant to California Civil Code §29241, comes now Defendant QUALITY LOAN SERVICES CORP. (hereinafter referred to as "QUALITY") and declares as follows:

  1. QUALITY is acting as the Trustee under the Deed of Trust which is the subject of the instant action;

  2. Plaintiffs AUDREY MCNAMARA NEVIS ("NEVIS"), has named QUALITY in the instant action solely because of such capacity, and not due to any act or omission on its part in the performance of its duties as Trustee. Such belief is based upon the gravamen of the Complaint alleging that the dispute arises from alleged fraudulent, deceptive and negligent acts and practices.

  3. QUALITY agrees to be bound by whatever order or nonmonetary judgment is issued by the Court regarding the subject Deed of Trust.

Dated: July 11, 2007

Respectfully submitted,
**McCARTHY & HOLTHUS, LLP**

By: /s/ David C. Scott
David C. Scott, Esq.
Attorneys for Defendant,
Quality Loan Services Corporation

1  **McCARTHY & HOLTHUS, LLP**
    Daniel J. Goulding, Esq.  (SBN: 120561)
2  David C. Scott, Esq. (SBN:  225893)
    1770 Fourth Avenue
3  San Diego, CA  92101
     Telephone:    (619) 685-4800
4   Facsimile:      (619) 685-4810

5
    Attorneys for Defendant, Quality Loan Services Corporation
6

7                    **UNITED STATES DISCTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
8                              **NORTHERN DIVISION**

9  | AUDREY MCNAMARA NEVIS, | Case No. C072568 |
   |---|---|
10 | Plaintiff, | **CERTIFICATE OF SERVICE OF** |
11 | v. | **DECLARATION OF NONMONETARY** |
   | | **STATUS** |
12 | QUALITY LOAN SERVICES CORPORATION, a California Corporation, *et al*; | |
13 | Defendants. | |

14                              **DECLARATION OF SERVICE**

15       I, Dolores Cohen, declare:

16       I am a citizen of the United States and I am employed in the County of San Diego, State of

17  California; I am over the age of 18 years and not a party to this action; my business address is

18  1770 Fourth Avenue, San Diego, California 92101.

19       I further declare that I am readily familiar with the business practice of McCarthy &

20  Holthus, LLP for service of documents, that documents served by facsimile are transmitted in and

21  the original deposited with the United States Postal Service in our ordinary course of business on

22  the same day, the documents served by mail are deposited with the United States Postal Service in

23  the ordinary course of business the same day and that documents served personally are delivered

24  the same day.

25       On July 17, 2007, I served the following document(s):

26       • **DECLARATION OF NONMONETARY STATUS.**

27

28

                                              1
                                    **PROOF OF SERVICE**

| | |
|---|---|
| **Robert Kane, Esq.**<br>Law Offices of Robert F. Kane<br>870 Market Street<br>San Francisco, CA  94102<br><br>*Attorney for Plaintiff Audrey McNamara Nevis* | **Paul B. Cohen, Esq.**<br>**Brook Thatcher, Esq.**<br>Legal Aid of Marin<br>30 North San Pedro Road<br>San Rafael, CA 94903<br><br>*Attorneys for Plaintiff Audrey McNamara Nevis* |

**Shirley Hochhausen, Esq**.
Community Legal Services in East Palo Alto
2117-B University Avenue
East Palo Alto, CA 94303

*Attorney for Plaintiff Audrey McNamara Nevis*

in the following manner of service (check appropriate):

   **XX**      **BY MAIL:**  I placed a true copy in a sealed envelope addressed as indicated above.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on July 17, 2007 at San Diego, California.

                                                    By: /s/ Dolores Cohen
                                                        Dolores Cohen

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800   FACSIMILE (619) 685-4810