JOHN F. CAVIN, ESQ. (SB# 88946)
HELEN V. POWERS, ESQ. (SB# 175164)
**BARDELLINI, STRAW, CAVIN & BUPP, LLP**
2000 Crow Canyon Place, Suite 330
San Ramon, California 94583
Telephone: (925) 277-3580
Facsimile: (925) 277-3591
jcavin@bscb.com
hpowers@bscb.com

Attorneys for Defendant
GATEWAY TITLE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, a California corporation, EXECUTIVE FINANCIAL LENDING, JOHN B. SPEAR, an individual, SHAI MOSHE, an individual, GATEWAY TITLE COMPANY, QUALITY LOAN SERVICES, Trustee and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07 2568<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT GATEWAY TITLE COMPANY TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE, RULE 12(b)(6)**<br><br>Date: September 10, 2007<br>Time: 2:00 p.m.<br>Room: 15<br>Judge: Hon. Marilyn H. Patel |

TO PLAINTIFF AUDREY MCNAMARA NEVIS AND HER ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant Gateway Title Company ("Gateway") shall move the Court to dismiss Plaintiff's Verified Complaint and each cause of action therein pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), for failure to state a claim against Gateway.

NOTICE IS FURTHER GIVEN that a hearing on the motion will be held on September 10, 2007 at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 15, 450 Golden Gate Avenue, San Francisco, California, before the Honorable Marilyn H. Patel.

This motion will be based on this notice, the memorandum of points and authorities and declaration of Helen V. Powers in support of the motion, and all papers and filed matters contained

1

**Notice of Motion and Motion by Defendant Gateway Title Company to Dismiss for Failure to State
a Claim Pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6)**
**Case No. C 07 2568**

1  within the Court file.  The basis of the motion is that Plaintiff has failed to state a claim upon which
2  relief can be granted against Defendant Gateway as to all nine causes of action in Plaintiff's Verified
3  Complaint.

5  Dated:  July 16, 2007                    BARDELLINI, STRAW, CAVIN & BUPP, LLP

7                           By:    /s/ Helen V. Powers
                                    John F. Cavin
8                                   Helen V. Powers
                                    Attorneys for Defendant
9                                   GATEWAY TITLE COMPANY

2
**Notice of Motion and Motion by Defendant Gateway Title Company to Dismiss for Failure to State
a Claim Pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6)**
**Case No. C 07 2568**