1  JOHN F. CAVIN, ESQ. (SB# 88946)
   HELEN V. POWERS, ESQ. (SB# 175164)
2  **BARDELLINI, STRAW, CAVIN & BUPP, LLP**
   2000 Crow Canyon Place, Suite 330
3  San Ramon, California  94583
   Telephone:  (925) 277-3580
4  Facsimile:  (925) 277-3591
   jcavin@bscb.com
5  hpowers@bscb.com

6  Attorneys for Defendant
   GATEWAY TITLE COMPANY

7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 AUDREY MCNAMARA NEVIS,              )  Case No. C 07 2568
                                      )
13          Plaintiff,                )  **[PROPOSED] ORDER**
                                      )
14     v.                             )
                                      )
15 WELLS FARGO BANK, a California     )
   corporation, EXECUTIVE FINANCIAL   )
16 LENDING, JOHN B. SPEAR, an individual, )
   SHAI MOSHE, an individual, GATEWAY )
17 TITLE COMPANY, QUALITY LOAN        )
   SERVICES, Trustee and DOES 1-100, inclusive, )
18                                    )
            Defendants.               )
19 _____ )

20      Defendant GATEWAY TITLE COMPANY, having made its motion to dismiss for failure to

21 state a claim pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), and this Court having

22 considered the pleadings and papers submitted in support and in opposition to the motion, and both

23 parties having been given the opportunity to argue, and good cause appearing:

24      IT IS ORDERED THAT the motion is GRANTED.  Pursuant to Federal Rules of Civil

25 Procedure, Rule 12(b)(6) Plaintiff's Verified Complaint is dismissed without leave to amend as

26 against Gateway Title Company for failure to state a claim upon which relief may be granted.

27

   Dated: _____, 2007
28                                          _____
                                            HONORABLE MARILYN H. PATEL