JOHN F. CAVIN, ESQ. (SB# 88946)
HELEN V. POWERS, ESQ. (SB# 175164)
**BARDELLINI, STRAW, CAVIN & BUPP, LLP**
2000 Crow Canyon Place, Suite 330
San Ramon, California  94583
Telephone:  (925) 277-3580
Facsimile:  (925) 277-3591
jcavin@bscb.com
hpowers@bscb.com

Attorneys for Defendant
GATEWAY TITLE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, a California corporation, EXECUTIVE FINANCIAL LENDING, JOHN B. SPEAR, an individual, SHAI MOSHE, an individual, GATEWAY TITLE COMPANY, QUALITY LOAN SERVICES, Trustee and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. C 07 2568<br><br>**DECLARATION OF HELEN V. POWERS IN SUPPORT OF MOTION BY DEFENDANT GATEWAY TITLE COMPANY TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(b)(6)**<br><br>Date:   September 10, 2007<br>Time:   2:00 p.m.<br>Room:  15<br>Judge:  Hon. Marilyn H. Patel |

I, HELEN V. POWERS, declare:

   1.    I am an attorney with Bardellini, Straw, Cavin & Bupp, LLP, attorneys of record for Defendant Gateway Title Company.  I am licensed to practice law before all courts in the state of California.  The matters stated herein are of my own knowledge and if called to testify, I could competently testify thereto.

   2.    I reviewed the escrow file for the transaction whereby Plaintiff Audrey McNamara Nevis obtained a loan from new Century Mortgage Company in the amount of $880,000.  Attached to this declaration and incorporated by reference as Exhibit A is a true and correct copy of the U.S. Department of Housing and Urban Development Settlement Statement pertaining to the loan.  As

1

**Declaration of Helen V. Powers in Support of Motion by Defendant Gateway Title Company to Dismiss for Failure to State a Claim Pursuant to Frcp Rule 12(b)(6)**
**Case No. C 07 2568**

indicated on the HUD-1 Settlement Statement, Gateway Title Company handled the escrow for the loan and First American Title Insurance Company provided the lender's title insurance. Attached to this declaration and incorporated by reference as Exhibit B is a true and correct copy of the First American Policy of Title Insurance.

3. As the Settlement Statement provides, the existing loan from Washington Mutual Bank was paid off in the total amount of $776,206.34. Of that amount the principal paid was $745,481.90.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on July 16, 2007 at San Ramon, California.

      /s/ Helen V. Powers
   HELEN V. POWERS