| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. TYPE OF LOAN | OMB No. 2502-0265 |
|---|---|---|
| Gateway Title Company<br>9255 Sunset Boulevard<br>Suite 710<br>West Hollywood, CA 90069<br>**FINAL** | 1. ☐ FHA  2. ☐ FMHA  3. ■ CONV. UNINS.<br>4. ☐ VA   5. ☐ CONV. INS. | |
| | 6. ESCROW FILE NUMBER:<br>06082114-610 EL5 | 7. LOAN NUMBER:<br>1008151947 |
| | 8. MORTGAGE INSURANCE CASE NUMBER: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME OF BORROWER:** Audrey Mcnamara Nevis

**ADDRESS OF BORROWER:** 16 Creekside Drive, San Rafael, CA 94903

**E. NAME OF SELLER:**

**ADDRESS OF SELLER:**

**F. NAME OF LENDER:** New Century Mortgage Corp.
**ADDRESS OF LENDER:** 21600 Oxnard Street #900, Woodland Hills, CA 91367

**G. PROPERTY LOCATION:** 16 Creekside Drive, San Rafael, CA 94903, Marin 164-582-05

**H. SETTLEMENT AGENT:** Gateway Title Company
**PLACE OF SETTLEMENT:** 9255 Sunset Boulevard, Suite 710, West Hollywood, CA 90069
**I. SETTLEMENT DATE:** 06/29/2006   PRORATION DATE:   FUNDING DATE:

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 103. Settlement charges to Borrower (line 1400) | 86,379.05 | 403. | |
| 104. Payoff to Washington Mutual Ba | 776,206.34 | 404. | |
| 120. Gross Amount Due from borrower: | 862,585.39 | 420. Gross Amount Due to Seller | |
| **200. Amounts Paid by or in behalf of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 202. Principal amount of new loan(s) | 880,000.00 | 502. Settlement charges to Seller (line 1400) | |
| 220. Total Paid By/For Borrower | 880,000.00 | 520. Total Reductions in Amount Due Seller | |
| **300. Cash at Settlement from/to Borrower:** | | **600. Cash at Settlement to/from Seller:** | |
| 301. Gross amount due from Borrower (line 120) | 862,585.39 | 601. Gross amount due to Seller (line 420) | |
| 302. Less amount paid by/for Borrower (line 220) | 880,000.00 | 602. Less reductions in amount due Seller (line 52 | |
| 303. Cash TO Borrower: | 17,414.61 | 603. Cash TO/FROM Seller: | 0.00 |

EXHIBIT A

L. SETTLEMENT CHARGES:

| 700. Total Sales/Broker's Commission: | | |
|---|---|---|
| 700. Total Sales/Broker's Commission: | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
| Based on Price $ | | |
| Division of Commission (line 700) follows: | | |
| 701. $ | | |
| 702. $ | | |
| $ | | |
| 703. Commission paid at settlement | | |
| 704. | | |
| **800. Items Payable In Connection With Loan:** | | |
| 801. Loan Origination Fee % to Executive Financial | 30,800.00 | |
| 802. Loan Discount Fee % to New Century Mortgage Corp. | 17,600.00 | |
| 808. Tax Service Contract to New Century Mortgage Corp. | 78.00 | |
| 809. Processing Fee to New Century Mortgage Corp. | 350.00 | |
| 810. Broker Processing Fee to Executive Financial | 500.00 | |
| 811. **See attached for breakdown | 1,511.20 | |
| **900. Items Required By Lender To Be Paid In Advance:** | | |
| 901. Interest from 06/28/06 to 07/01/06 @$163.95/day (3 days) | 491.85 | |
| 904. | | |
| **1000. Reserves Deposited With Lender:** | | |
| 1002. Mortgage Insurance | | |
| 1008. Aggregate Adjustment    months @$ | | |
| **1100. Title Charges:** | | |
| 1101. Settlement or closing fee to Gateway Title Company | 550.00 | |
| 1106. Notary fees to 7 day notary | 300.00 | |
| 1108. Title insurance to Financial Title Company C | 1,492.00 | |
| 1111. Wire Fee to Financial Title Company C | 70.00 | |
| 1112. Doc Delivery Fee to Gateway Title Company | 45.00 | |
| 1113. **See attached for breakdown | 25.00 | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording Fees: Deed$    Mortgage $    146.00 Release $ | 146.00 | |
| **1300. Additional Settlement Charges:** | | |
| 1301. Survey to | | |
| 1302. Pest Inspection | | |
| 1303. FUNDS held for final audit | | |
| 1304. Home Warranty Program | | |
| 1305. Insurance Balance to CSAA Inter Insurance | 919.00 | |
| 1306. Taxes to ALL PAID | | |
| 1307. **See attached for breakdown | 31,501.00 | |
| 1400. Total Settlement Charges (Enter on line 103,Section J -and- line 502, Section K) | 86,379.05 | 0.00 |



EXHIBIT A

Attachments:

### BREAKDOWN OF NEW LOANS

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| New Century Mortgage Corp., 21600 Oxnard Street #900, Woodland Hills, CA 91367, Loan# 10( | 880,000.00 | |
| Total of New Loans. | 880,000.00 | |

### HUD 800 ITEMS PAYABLE IN CONNECTION WITH LOAN

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 812. Underwriting Fee to New Century Mortgage Corp. | 300.00 | |
| 813. Document Fee to New Century Mortgage Corp. | 200.00 | |
| 814. Flood Certification to New Century Mortgage Corp. | 11.20 | |
| 815. Application Fee to Executive Financial | 500.00 | |
| 816. Administration Fee to Executive Financial | 500.00 | |
| Total as shown on HUD Page 2 Line #811. | 1,511.20 | |

### HUD 1113 DETAILED BREAKDOWN OF TITLE CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 1114. Sub-Escrow Fee to Financial Title Company C | 25.00 | |
| Total as shown on HUD Page 2 Line #1113. | 25.00 | |

### HUD 1307 DETAILED BREAKDOWN OF ADDITIONAL SETTLEMENT CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 1308. Bill to CBUSA/ Sears | 10,467.00 | |
| 1309. Bill to Toyota Motor | 10,097.00 | |
| 1310. Bill to Chase | 6,349.00 | |
| 1311. Bill to CBUSA | 4,588.00 | |
| Total as shown on HUD Page 2 Line #1307. | 31,501.00 | |

EXHIBIT A

BREAKDOWN OF PAYOFF ON HUD line 104

Payoff to: Washington Mutual Bank                               Loan #:

| Description | Amount |
|---|---|
| Principal Balance | 745,481.90 |
| Interest from 05/01/2006 to 06/29/2006 | 9,053.86 |
| Forwarding Fees | 84.00 |
| Pre Pay | 21,302.78 |
| Late Fees | 283.80 |
| Total Payoff | 776,206.34 |

Total as shown on HUD line #104.                               776,206.34

EXHIBIT A