1  JOHN F. CAVIN, ESQ. (SB# 88946)
   HELEN V. POWERS, ESQ. (SB# 175164)
2  **BARDELLINI, STRAW, CAVIN & BUPP, LLP**
   2000 Crow Canyon Place, Suite 330
3  San Ramon, California  94583
   Telephone:  (925) 277-3580
4  Facsimile:  (925) 277-3591
   jcavin@bscb.com
5  hpowers@bscb.com

6  Attorneys for Defendant
   GATEWAY TITLE COMPANY
7

8              IN THE UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  AUDREY MCNAMARA NEVIS,          )  Case No. C 07 2568
                                    )
13         Plaintiff,                )  **PROOF OF SERVICE**
                                    )
14     v.                            )  Date:  September 10, 2007
                                    )  Time:  2:00 p.m.
15  WELLS FARGO BANK, a California  )  Room:  15
    corporation, EXECUTIVE FINANCIAL )  Judge: Hon. Marilyn H. Patel
16  LENDING, JOHN B. SPEAR, an individual, )
    SHAI MOSHE, an individual, GATEWAY )
17  TITLE COMPANY, QUALITY LOAN    )
    SERVICES, Trustee and DOES 1-100, inclusive, )
18                                   )
           Defendants.                )
19  _____)

20

---

1

**PROOF OF SERVICE**

Case No. C 07 2568

**PROOF OF SERVICE**

I declare that:

I am employed in San Ramon, California. I am over the age of 18 years and not a party to this action. My business address is 2000 Crow Canyon Place, Suite 330, San Ramon, California, 94583.

On this date, I caused to be served the attached document(s) entitled:

***Nevis v. Wells Fargo Bank, et al.*/U.S. District Court Case No. C07 2568**

**NOTICE OF MOTION AND MOTION BY DEFENDANT GATEWAY TITLE COMPANY TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE, RULE 12(b)(6)**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY DEFENDANT GATEWAY TITLE COMPANY TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT PURSUANT TO FEDERAL RULES OF PROCEDURE, RULE 12(b)(6)**

**DECLARATION OF HELEN V. POWERS IN SUPPORT OF MOTION BY DEFENDANT GATEWAY TITLE COMPANY TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(b)(6)**

**[PROPOSED] ORDER**

on the following party(ies), as listed below:

| | |
|---|---|
| Paul Sitner Cohen, Esq.<br>Brooke Elizabeth Thacher, Esq.<br>Legal Aid of Marin<br>30 North San Pedro Road, Suite 220<br>San Rafael, California  94903<br>Tel:  (415) 492-0230<br>Fax:  (415) 492-0947 | Attorneys for Plaintiff<br>AUDREY McNAMARA NEVIS |
| Shirley Hochhausen, Esq.<br>Community Legal Services East Palo Alto<br>2117-B University Avenue<br>East Palo Alto, California  94303<br>Tel:  (650) 326-6440<br>Fax:  (650) 326-9722 | Attorneys for Plaintiff<br>AUDREY McNAMARA NEVIS |
| Robert F. Kane, Esq.<br>Law Offices of Robert F. Kane<br>870 Market Street, Suite 1128<br>San Francisco, California  94102<br>Tel:  (415) 982-1510<br>Fax: (415) 982-5821<br>e-mail:  Rkane1089@aol.com | Attorneys for Plaintiff<br>AUDREY McNAMARA NEVIS |

///

1  Daniel Joseph Goulding, Esq.                    Attorneys for Defendant
   David C. Scott, Esq.                            QUALITY LOAN SERVICES
2  McCarthy & Holthus, LLP
   1770 Fourth Avenue
3  San Diego, California  92101
   Tel:  (619) 685-4800, x. 236
4  Fax:  (619) 685-4810
   e-mail:  dgoulding@mccarthy-holthus.com
5

6          The following is the procedure in which service of this document(s) was effected:

7    X    **By Mail:**  I caused such envelope to be deposited in the mail at San Ramon, California with
          postage thereon fully prepaid in the designated area for outgoing mail in accordance with this
8         office's practice, whereby mail is deposited in a U.S. mailbox in Contra Costa County at the
          close of the business day.
9
         **By Fax:**  I caused a copy of the above named documents to be transmitted via facsimile to the
10        facsimile number of the offices of the addressee(s) as indicated above.  The facsimile machine
          used complied with California Rule of Court §2003, and no error was reported by the
11        facsimile machine.

12       **By Overnight Delivery:**  I caused such envelope to be transmitted by a overnight delivery
          service (i.e., Federal Express, UPS) to the offices of the addressee(s).
13
         **By Personal Service:**  I caused such envelope to be hand delivered to the offices of the
14        addressee(s) as indicated above.

15         I hereby declare under penalty of perjury under the laws of the State of California that the

16  foregoing is true and correct.  Executed on July 16, 2007, in San Ramon, California.

17

18                                      ___/s/ David Weibel___
                                        David Weibel
19

20

21

22

23

24

25

26

27

28

---

3

**PROOF OF SERVICE**

Case No. C 07 2568