# Closing Instructions

**RETURN LOAN DOCUMENTS TO:**

New Century Mortgage Corporation
21600 Oxnard St, Ste 900
Woodland Hills, CA 91367
888-840-3863

Account Manager Name: Jennifer Jackson

Escrow: GATEWAY TITLE
9255 SUNSET BL #710
WEST HOLLYWOOD, CA 90069
(310)385-6964

Escrow Officer: EVELYNE LACHKAR
Escrow Number: NEVIS

Loan Number: 1008151947
Transaction Name: NEVIS
Document Date: 06/08/2006
Funder Name:
Title: FINANCIAL TITLE
333 N GLENOAKS BL #200
Burbank, CA 91502
(818)557-1016

Title Officer: BRIGET FODOR
Title Number: 259440

Borrower: AUDRY MCNAMARA NEVIS
Vesting: AUDRY MCNAMARA NEVIS, Unmarried Woman

Property Address:
16 CREEKSIDE DRIVE, San Rafael, CA  94903-

County: Marin
Principal and Interest Payment      $ 5,736.95

First Payment Date: 08/01/2006
Last Payment Date: 07/01/2036
Loan Term: 360    Interest Rate: 6.800

Loan Document Expiration Date: 07/11/2006 .          Loan Approval Expiration Date: 06/21/2006 .

We enclose the documents indicated below. Please return all documents and copies as indicated complete with the Borrower's signature(s) and acknowledgment as indicated. DELIVER ONE COPY OF THE PROMISSORY NOTE, SECURITY INSTRUMENT, RIDERS, DISCLOSURES AND OTHER SPECIFIED DOCUMENTS TO THE BORROWER(S) AFTER FORMS ARE COMPLETED AND SIGNED BY BORROWER(S). THE TOTAL CONSIDERATION IN THIS TRANSACTION, EXCEPT FOR OUR LOAN FUNDS, AND APPROVED SECONDARY FINANCING, IF ANY, MUST PASS THROUGH YOUR ESCROW IN THE FORM OF CASH. DO NOT RECORD OUR SECURITY INSTRUMENT IF YOU HAVE KNOWLEDGE OF A CONCURRENT OR SUBSEQUENT ESCROW THAT WILL TRANSFER SUBJECT PROPERTY UPON COMPLETION OF THIS TRANSACTION.

> Do not make any amendments, erasures, strikeouts, white outs or alterations to the documents without Lender's prior approval.

- [X] NOTE: Original and Certify 3 copies
- [X] SECURITY INSTRUMENT: Conform and Certify 2 copies
- [X] RIDER(S) to NOTE and SECURITY INSTRUMENT: Conform and Certify 2 copies
- [X] ADDENDUM to NOTE and SECURITY INSTRUMENT: Conform and Certify 2 copies
- [X] LENDER'S INSTRUCTIONS: Signed by Borrower and Closing Officer/Agent
- [X] ADDENDUM TO LENDER'S INSTRUCTIONS: Signed by Closing Officer/Agent
- [X] DISCLOSURES (Reg. Z, Good faith/Itemization, Fair Lending, Servicing Transfer)
- [X] Rescission Notice: 2 copies to each Borrower complete with accurate transaction and cancellation dates.

| | | | |
|---|---|---|---|
| [X] | OCCUPANCY AGREEMENT | [X] | HAZARD INSURANCE REQUIREMENTS |
| [X] | COMPLIANCE AGREEMENT | [X] | LOAN APPLICATION, Borrower to sign |
| [X] | W-9 CERTIFICATION | [ ] | LOAN APPROVAL CONDITIONS ATTACHMENT |
| [X] | 30 DAY LETTER | [X] | INITIAL ESCROW ACCOUNT NOTICE |
| [ ] | IRS 4506 FORM | [X] | IMPOUND AUTHORIZATION |
| [ ] | FLOOD NOTICE | [X] | DISCLOSURE STATEMENT |
| [X] | NAME AFFIDAVIT | [X] | PAYMENT LETTER |
| [X] | CERTIFICATION & AUTHORIZATION | [X] | INFORMATION FOR GOVERNMENT MONITORING |
| [X] | ARM DISCLOSURE | [X] | BORROWER NOTICE |
| [ ] | | [ ] | NOTICE OF ASSIGNMENT, SALE OR TRANSFER: Closing Agent to provide one copy to borrower and return signed copy to Lender. |

IN ADDITION TO THE DOCUMENTS NAMED ABOVE, FURNISH THE FOLLOWING INDICATED ITEMS WHEN

EXHIBIT A

## ADDENDUM TO ESCROW INSTRUCTIONS
## DEBTS AND DISBURSEMENTS

NEVIS

Loan Number: 1008151947

16 CREEKSIDE DRIVE, San Rafael, CA 94903-

| Creditor | Pay-off Amount | Balance |
|---|---|---|
| WASHMUTBK | $745,768.00 | $745,768.00 |
| CBUSASEARS | $10,467.00 | $10,467.00 |
| TOYOTA MTR | $10,097.00 | $10,097.00 |
| CHASE | $6,349.00 | $6,349.00 |
| CBUSA | $4,588.00 | $4,588.00 |

Total Payoff Amount is        $777,269.00

PAYOFFS SHOWN MUST BE PAID WITH SETTLEMENT PROCEEDS. ANY CHANGES TO PAYOFFS MUST BE APPROVED IN WRITING BY THE LENDER. REFER TO CREDITOR DEMAND(S) FOR PAYOFF AMOUNT(S) OF SECURED CREDIT.