JOHN F. CAVIN, ESQ. (SB# 88946)
HELEN V. POWERS, ESQ. (SB# 175164)
**BARDELLINI, STRAW, CAVIN & BUPP, LLP**
2000 Crow Canyon Place, Suite 330
San Ramon, California  94583
Telephone:  (925) 277-3580
Facsimile:  (925) 277-3591
jcavin@bscb.com
hpowers@bscb.com

Attorneys for Defendant
GATEWAY TITLE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, a California corporation, EXECUTIVE FINANCIAL LENDING, JOHN B. SPEAR, an individual, SHAI MOSHE, an individual, GATEWAY TITLE COMPANY, QUALITY LOAN SERVICES, Trustee and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. C 07 2568<br><br>**SUPPLEMENTAL DECLARATION OF HELEN V. POWERS IN SUPPORT OF MOTION BY DEFENDANT GATEWAY TITLE COMPANY TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(b)(6)**<br><br>Date:  September 10, 2007<br>Time:  2:00 p.m.<br>Room:  15<br>Judge:  Hon. Marilyn H. Patel |

I, HELEN V. POWERS, declare:

　　　　1.　　I am an attorney with Bardellini, Straw, Cavin & Bupp, LLP, attorneys of record for Defendant Gateway Title Company.  I am licensed to practice law before all courts in the state of California.  The matters stated herein are of my own knowledge and if called to testify, I could competently testify thereto.

　　　　2.　　I reviewed the escrow file for the transaction whereby Plaintiff Audrey McNamara Nevis obtained a loan from new Century Mortgage Company in the amount of $880,000.  Attached to this declaration and incorporated by reference as Exhibit A is a true, correct and complete copy of New Century Mortgage Company's Lender's Instructions to Closing Agent, including the two

---

1

**Supplemental Declaration of Helen V. Powers in Support of Motion by Defendant Gateway Title
Company to Dismiss for Failure to State a Claim Pursuant to Frcp Rule 12(b)(6)**
**Case No. C 07 2568**

addenda thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on August 27, 2007 at San Ramon, California.

/s/ Helen V. Powers
HELEN V. POWERS