## Closing Instructions

### RETURN LOAN DOCUMENTS TO:

New Century Mortgage Corporation  
21600 Oxnard St, Ste 900  
Woodland Hills, CA 91367  
888-840-3863  
Account Manager Name: Jennifer Jackson  
Escrow: GATEWAY TITLE  
9255 SUNSET BL #710  
WEST HOLLYWOOD, CA 90069  
(310)385-6964  
Escrow Officer: EVELYNE LACHKAR  
Escrow Number: NEVIS  

Loan Number: 1008151947  
Transaction Name: NEVIS  
Document Date: 06/08/2006  
Funder Name:  
Title: FINANCIAL TITLE  
333 N GLENOAKS BL #200  
Burbank, CA 91502  
(818)557-1016  
Title Officer: BRIGET FODOR  
Title Number: 259440  

Borrower: AUDRY MCNAMARA NEVIS  
Vesting: AUDRY MCNAMARA NEVIS, Unmarried Woman  

Property Address:  
16 CREEKSIDE DRIVE, San Rafael, CA 94903-  

County: Marin  
Principal and Interest Payment    $ 5,736.95  

First Payment Date: 08/01/2006  
Last Payment Date: 07/01/2036  
Loan Term: 360    Interest Rate: 6.800  

Loan Document Expiration Date: 07/11/2006    Loan Approval Expiration Date: 06/21/2006

We enclose the documents indicated below. Please return all documents and copies as indicated complete with the Borrower's signature(s) and acknowledgment as indicated. DELIVER ONE COPY OF THE PROMISSORY NOTE, SECURITY INSTRUMENT, RIDERS, DISCLOSURES AND OTHER SPECIFIED DOCUMENTS TO THE BORROWER(S) AFTER FORMS ARE COMPLETED AND SIGNED BY BORROWER(S). THE TOTAL CONSIDERATION IN THIS TRANSACTION, EXCEPT FOR OUR LOAN FUNDS, AND APPROVED SECONDARY FINANCING, IF ANY, MUST PASS THROUGH YOUR ESCROW IN THE FORM OF CASH. DO NOT RECORD OUR SECURITY INSTRUMENT IF YOU HAVE KNOWLEDGE OF A CONCURRENT OR SUBSEQUENT ESCROW THAT WILL TRANSFER SUBJECT PROPERTY UPON COMPLETION OF THIS TRANSACTION.

> Do not make any amendments, erasures, strikeouts, white outs or alterations to the documents without Lender's prior approval.

- [X] NOTE: Original and Certify 3 copies
- [X] SECURITY INSTRUMENT: Conform and Certify 2 copies
- [X] RIDER(S) to NOTE and SECURITY INSTRUMENT: Conform and Certify 2 copies
- [X] ADDENDUM to NOTE and SECURITY INSTRUMENT: Conform and Certify 2 copies
- [X] LENDER'S INSTRUCTIONS: Signed by Borrower and Closing Officer/Agent
- [X] ADDENDUM TO LENDER'S INSTRUCTIONS: Signed by Closing Officer/Agent
- [X] DISCLOSURES (Reg. Z, Good faith/Itemization, Fair Lending, Servicing Transfer)
- [ ] Rescission Notice: 2 copies to each Borrower complete with accurate transaction and cancellation dates.

| | | | |
|---|---|---|---|
| [X] | OCCUPANCY AGREEMENT | [X] | HAZARD INSURANCE REQUIREMENTS |
| [X] | COMPLIANCE AGREEMENT | [X] | LOAN APPLICATION, Borrower to sign |
| [X] | W-9 CERTIFICATION | [ ] | LOAN APPROVAL CONDITIONS ATTACHMENT |
| [X] | 30 DAY LETTER | [X] | INITIAL ESCROW ACCOUNT NOTICE |
| [ ] | IRS 4506 FORM | [X] | IMPOUND AUTHORIZATION |
| [ ] | FLOOD NOTICE | [X] | DISCLOSURE STATEMENT |
| [X] | NAME AFFIDAVIT | [X] | PAYMENT LETTER |
| [X] | CERTIFICATION & AUTHORIZATION | [X] | INFORMATION FOR GOVERNMENT MONITORING |
| [X] | ARM DISCLOSURE | [X] | BORROWER NOTICE |
| [ ] | | [ ] | NOTICE OF ASSIGNMENT, SALE OR TRANSFER: Closing Agent to provide one copy to borrower and return signed copy to Lender. |

IN ADDITION TO THE DOCUMENTS NAMED ABOVE, FURNISH THE FOLLOWING INDICATED ITEMS WHEN REQUESTING LOAN FUNDS. YOU MAY REQUEST LOAN FUNDS WHEN ALL CONDITIONS HAVE BEEN MET.

- [X] Certified copy of original Escrow/Closing Instructions together with any/all Amendment(s) thereto.
- [ ] Certified copy of the purchase agreement, deposit receipt together with any/all Addendum thereto
- [ ] Estimated Closing Statement/HUD-1: 2 Certified copies
- [X] First Lien Letter: Signed by title officer assuring our 1st Lien Position in this transaction.
- [ ] Closing Protection Letter: Signed by title officer assuring our loan funds will be used in accordance with our instructions
- [ ] Water Stock Certificate showing Lender as first Pledgee, if applicable.
- [X] Registered Domestic Partners/Civil Unions where the subject property is located in CA, CT or VT, the non-borrowing Registered Partner may be required to execute the Security Instrument and Riders, TIL, and Right of Rescission (if applicable).
- [ ]


EXHIBIT A

NCMC  
Closing Instructions  
RE-155  (030206)

LENDER'S INSTRUCTIONS TO CLOSING AGENT  
Page 1 of 3

1008151947

Loan Number: **1008151947**

### DOCUMENT COMPLETION, EXECUTION AND DISTRIBUTION

For a <u>purchase</u> transaction, the closing must be in conformity with the final original sales contract, as amended, with respect to sales price, down payment, parties and terms as approved by Lender. For a <u>refinance</u> transaction, the closing agent must review the date of the transaction and cancellation date on the Notice of Right to Cancel prior to the Borrower signing the document. Provide each Borrower and each person having ownership interest in the secured property with 2 copies of the completed, executed document for his/her records. IF A BORROWER OR OWNER INDICATES A DESIRE TO CANCEL THIS TRANSACTION, <u>DO NOT FUND</u> THE LOAN. CONTACT LENDER IMMEDIATELY FOR FURTHER INSTRUCTIONS.

All documents must be <u>signed</u> exactly as the name of the Borrower is typed under the signature line. Try to use blue ink to distinguish original signatures on documents. All forms bearing a notary section must be notarized by the Closing Agent. If a typed Loan Application form is included with loan documents, it must be signed by the Borrower. **Do not make any amendments, erasures, strikeouts, white outs or alterations to the documents without Lender's prior approval.** If approved, additions and/or strikeouts must be initialed by all parties required to sign the document. A <u>non-titled spouse</u> must sign the security instrument, Good Faith Estimate, Regulation Z disclosure and, in a refinance transaction, the Notice of Right to Cancel. A <u>Power-of-Attorney</u> must be approved by our legal counsel prior to closing. Please allow at least 3 days for review of the original Power-of-Attorney document by our legal counsel prior to closing. <u>Vesting</u> on the Security Instrument, Title Insurance Policy and Conveyance Deeds must be consistent. Any variations must be approved by Lender prior to loan closing.

<u>**YOU ARE NOT AUTHORIZED TO REQUEST LOAN FUNDS UNTIL ALL ESCROW CONDITIONS HAVE BEEN SATISFIED OR WAIVED WITH LENDER'S PRIOR KNOWLEDGE. WE WILL CONSIDER ANY REQUEST FOR LOAN FUNDS TO BE AN ASSURANCE BY CLOSING AGENT THAT ESCROW IS PREPARED TO CONCLUDE THIS TRANSACTION WITHIN 24 HOURS.**</u>

### SETTLEMENT STATEMENT/HUD-1

Itemize all debts and disbursements in accordance with RESPA settlement statement format requirements on a HUD-1 or HUD-1A form. Forward 1 certified copy of the **Estimated** Closing Statement when loan funds are requested and 2 certified copies of the **Final** Settlement Statement/ HUD-1 within 24 hours following disbursement of loan funds. Send the copies to the Lender at the address designated on page three.

### TITLE INSURANCE

Should loan proceeds be disbursed, Lender will require an ALTA Title Policy issued at closing and containing the following Endorsements: 100, 116, 8.1 and __111.5,103.5,103.1_____. Title Policy liability must be in the amount of our loan with an effective date as of the date our security instrument is recorded. The named insured is __New Century Mortgage Corporation_____ and/or assigns. The Policy must be free from encumbrance except items: __1,3-7_____ of preliminary title report/commitment dated __05/12/2006___. All general and special taxes due and payable must be paid prior to or through this transaction. Secondary Financing ☐ is approved in the amount of $ __NONE_____ ☒ is NOT approved by Lender.

**TABLE CLOSING:** Contact Lender before 4:00 pm and request a Funding Authorization number before closing this transaction. The Funding Authorization number is your assurance that Lender has authorized disbursement of it's loan funds. Return all signed loan documents to Lender within 24 hours following the closing date.

**ESCROW CLOSING:** Return original signed and certified copies of loan documents for Lender review prior to your request for loan funds. Loan documents must be received by Lender at least 24 hours prior to the scheduled funding date.

> **ALL DOCUMENTS MUST BE IN OUR OFFICE 48 HOURS PRIOR TO DISBURSEMENT**
>
> **OUR DOCUMENTS MUST RECORD WITHIN 24 HOURS OF DISBURSEMENT**



NCMC
Closing Instructions
RE-155   (030206)

LENDER'S INSTRUCTIONS TO CLOSING AGENT
Page 2 of 3

1008151947

**LENDER:**  
Contact for Funds/Funding Authorization  
New Century Mortgage Corporation  
21600 Oxnard St, Ste 900  
Woodland Hills, CA 91367  
Attention: Jennifer Jackson

Loan Number: 1008151947

Account Manager: Jennifer Jackson  
Account Executive: Arash Khairi  
Broker: Executive Financial Lending

Phone: 888-840-3863

| Fee | | Paid to | Paid by Borrower | Seller | Broker/ 3rd Party |
|---|---|---|---|---|---|
| Discount Fee | 2.000 | New Century Mortgage | $17,600.00 | $.00 | $.00 |
| * Origination Fee | 3.500 | Executive Financial Lending | $30,800.00 | $.00 | $.00 |
| * Application Fee | | Executive Financial Lending | $500.00 | $.00 | $.00 |
| * Administration Fee | | Executive Financial Lending | $500.00 | $.00 | $.00 |
| Document Preparation Fee | | New Century Mortgage | $200.00 | $.00 | $.00 |
| Flood Certification Fee | | New Century Mortgage | $11.20 | $.00 | $.00 |
| Processing Fee | | New Century Mortgage | $350.00 | $.00 | $.00 |
| Tax Service Fee | | New Century Mortgage | $78.00 | $.00 | $.00 |
| Underwriting Fee | | New Century Mortgage | $300.00 | $.00 | $.00 |
| * Processing Fee | | Executive Financial Lending | $500.00 | $.00 | $.00 |
| * Settlement or Closing Fee | | GATEWAY TITLE | $750.00 | $.00 | $.00 |
| * Messenger Fee | | FINANCIAL TITLE | $75.00 | $.00 | $.00 |

Total Lender fees withheld from loan proceeds $ 18,539.20  
* AMOUNT ON THIS LINE NOT INCLUDED IN TOTALS

| | SALES PRICE | LOAN AMOUNT |
|---|---|---|
| | 0.00 | 880,000.00 |
| Less Interest @ 163.95 From: 06/13/2006 To: 07/01/2006 | | 2,951.10 |
| Less Lender Fees from Loan Proceeds | | $18,539.20 |
| Less Net Escrow/ Impound Reserves | | $2,201.02 |
| Subtotal | | $856,308.68 |

| 9 | Mos. Hazard Insurance | @ 94.42 | $849.78 |
| 4 | Mos. County Property | @ 455.89 | $1,823.56 |

Gross Escrow/Impound    $2,673.34  
Aggregate Adjustment    -472.32

Estimated Check/Wire Amount Loan Proceeds    856,308.68

_Audrey McNamara Nevis_  
AUDRY MCNAMARA NEVIS

Closing Agent/Officer _____

EXHIBIT A

NCMC  
Closing Instructions  
RE-155 (030206)  
LENDER'S INSTRUCTIONS TO CLOSING AGENT  
Page 3 of 3  
1008151947

## Addendum to Escrow Instructions
## Outstanding Conditions

Borrower:  
AUDRY MCNAMARA NEVIS  
16 CREEKSIDE DRIVE, San Rafael, CA 94903-

Loan Number:  
1008151947

YOU ARE NOT AUTHORIZED TO REQUEST LOAN FUNDS UNTIL ALL LOAN CONDITIONS HAVE BEEN SATISFIED OR WAIVED WITH LENDER'S PRIOR KNOWLEDGE. WE WILL CONSIDER ANY REQUEST FOR LOAN FUNDS TO BE AN ASSURANCE BY CLOSING AGENT THAT ESCROW IS PREPARED TO CONCLUDE THIS TRANSACTION WITHIN 24 HOURS. FOLLOWING IS A LIST OF THOSE CONDITIONS THAT ARE STILL OUTSTANDING.

| TYPE | DESCRIPTION OF CONDITION |
|---|---|
| **Prior to Close** | ************************************************************************************ |
| 1003 | Complete 1003 |
| 1003 | Broker GFE/TIL & 1003 (Final) w/all sections completed, dated/signed |
| Income | Award letter for Social Security / pension income - Borrower |
| Title | Spouse must sign: Mortgage, All Riders, TIL and Right to Cancel |
| Title | Internal Review (Doc) |
| Title | Prelim Title report / Title commitment, 12m COT, Survey/Plat Map |
| Credit | Demands on all mortgages with No More Than: 1X30, |
| Credit | Updated VOM with proof of payment rated through close. Max 1x30 |
| Credit | Proof of 2 Months PITI reserves, sourced and seasoned 60 days, must be liquid. |
| Appraisal | Hazard Insurance Coverage equal to the replacement cost or guaranteed replacement cost. Deductible not to exceed $1,000. 12 months paid coverage required on Purchases and 3 months coverage on Refinances. Lender Loss Payable to read:<br>New Century Mortgage Corporation<br>It's Successors and/or Assigns<br>P.O. Box 11052,<br>Orange, CA 92856-8152 |
| Appraisal | Appraisal Review including conditions |
| Appraisal | Original, Signed copy of Appraisal required. |
| Appraisal | 2nd Appraisal with interior inspection. Required for Review: Loan Amount Greater than $850,000. |

*Audrey McNamara Nevis*  
AUDRY MCNAMARA NEVIS

*[signature]*  
Closing Agent/Officer



LENDER'S INSTRUCTIONS TO CLOSING AGENT  
ADDENDUM (Page 1 of 1)

## ADDENDUM TO ESCROW INSTRUCTIONS
## DEBTS AND DISBURSEMENTS

NEVIS

Loan Number: 1008151947

16 CREEKSIDE DRIVE, San Rafael, CA 94903-

| Creditor | Pay-off Amount | Balance |
|---|---|---|
| WASHMUTBK | $745,768.00 | $745,768.00 |
| CBUSASEARS | $10,467.00 | $10,467.00 |
| TOYOTA MTR | $10,097.00 | $10,097.00 |
| CHASE | $6,349.00 | $6,349.00 |
| CBUSA | $4,588.00 | $4,588.00 |

Total Payoff Amount is    $777,269.00

PAYOFFS SHOWN MUST BE PAID WITH SETTLEMENT PROCEEDS. ANY CHANGES TO PAYOFFS MUST BE APPROVED IN WRITING BY THE LENDER. REFER TO CREDITOR DEMAND(S) FOR PAYOFF AMOUNT(S) OF SECURED CREDIT.

_Audrey McNamara Nevis_
AUDRY MCNAMARA NEVIS

Closing Agent/Officer _[signature]_



LENDERS INSTRUCTIONS TO CLOSING AGENT
ADDENDUM

Page 1 of 1