1  JOHN F. CAVIN, ESQ. (SB# 88946)
   HELEN V. POWERS, ESQ. (SB# 175164)
2  **BARDELLINI, STRAW, CAVIN & BUPP, LLP**
   2000 Crow Canyon Place, Suite 330
3  San Ramon, California  94583
   Telephone:  (925) 277-3580
4  Facsimile:  (925) 277-3591
   jcavin@bscb.com
5  hpowers@bscb.com

6  Attorneys for Defendant
   GATEWAY TITLE COMPANY
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | AUDREY MCNAMARA NEVIS,                      ) Case No. C 07 2568
                                                 )
13 |        Plaintiff,                           ) **PROOF OF SERVICE**
                                                 )
14 |   v.                                        ) Date:  September 10, 2007
                                                 ) Time:  2:00 p.m.
15 | WELLS FARGO BANK, a California              ) Room:  15
     corporation, EXECUTIVE FINANCIAL            ) Judge: Hon. Marilyn H. Patel
16 | LENDING, JOHN B. SPEAR, an individual,      )
     SHAI MOSHE, an individual, GATEWAY          )
17 | TITLE COMPANY, QUALITY LOAN                 )
     SERVICES, Trustee and DOES 1-100, inclusive,)
18                                               )
            Defendants.                          )
19 | _____     )

20

21

22

23

24

25

26

27

28

---

1
**PROOF OF SERVICE**
Case No. C 07 2568

**PROOF OF SERVICE**

I declare that:

I am employed in San Ramon, California. I am over the age of 18 years and not a party to this action. My business address is 2000 Crow Canyon Place, Suite 330, San Ramon, California, 94583.

On this date, I caused to be served the attached document(s) entitled:

***Nevis v. Wells Fargo Bank, et al.*/U.S. District Court Case No. C07 2568**

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY DEFENDANT GATEWAY TITLE COMPANY TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(b)(6)**

**SUPPLEMENTAL DECLARATION OF HELEN V. POWERS IN SUPPORT OF MOTION BY DEFENDANT GATEWAY TITLE COMPANY TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(b)(6)**

on the following party(ies), as listed below:

| | |
|---|---|
| Paul Sitner Cohen, Esq.<br>Brooke Elizabeth Thacher, Esq.<br>Legal Aid of Marin<br>30 North San Pedro Road, Suite 220<br>San Rafael, California  94903<br>Tel:  (415) 492-0230<br>Fax:  (415) 492-0947 | Attorneys for Plaintiff<br>AUDREY McNAMARA NEVIS |
| Shirley Hochhausen, Esq.<br>Community Legal Services East Palo Alto<br>2117-B University Avenue<br>East Palo Alto, California  94303<br>Tel:  (650) 326-6440<br>Fax:  (650) 326-9722 | Attorneys for Plaintiff<br>AUDREY McNAMARA NEVIS |
| Robert F. Kane, Esq.<br>Law Offices of Robert F. Kane<br>870 Market Street, Suite 1128<br>San Francisco, California  94102<br>Tel:  (415) 982-1510<br>Fax: (415) 982-5821<br>e-mail:  Rkane1089@aol.com | Attorneys for Plaintiff<br>AUDREY McNAMARA NEVIS |
| Daniel Joseph Goulding, Esq.<br>David C. Scott, Esq.<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, California  92101<br>Tel:  (619) 685-4800, x. 236<br>Fax:  (619) 685-4810<br>e-mail:  dgoulding@mccarthy-holthus.com | Attorneys for Defendant<br>QUALITY LOAN SERVICES |

1     The following is the procedure in which service of this document(s) was effected:

2  __X__  **By Mail:** I caused such envelope to be deposited in the mail at San Ramon, California with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this
3     office's practice, whereby mail is deposited in a U.S. mailbox in Contra Costa County at the close of the business day.

4

5  __X__  **By Fax:** I caused a copy of the above named documents to be transmitted via facsimile to the facsimile number of the offices of the addressee(s) as indicated above. The facsimile machine used complied with California Rule of Court §2003, and no error was reported by the
6     facsimile machine.

7  ____  **By Overnight Delivery:** I caused such envelope to be transmitted by a overnight delivery service (i.e., Federal Express, UPS) to the offices of the addressee(s).

8

   ____  **By Personal Service:** I caused such envelope to be hand delivered to the offices of the
9     addressee(s) as indicated above.

10    I hereby declare under penalty of perjury under the laws of the State of California that the

11  foregoing is true and correct. Executed on August 27, 2007, in San Ramon, California.

12

13                  __/s/ David Weibel__
                    David Weibel
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3
**PROOF OF SERVICE**
Case No. C 07 2568