ROBERT F. KANE, ESQ. (State Bar No. 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
(415) 982-1510; Fax (415) 982-5821
rkane1089@aol.com

PAUL B. COHEN (State Bar No. 148371)
BROOKE THATCHER (State Bar No. 228637)
LEGAL AID OF MARIN
30 North San Pedro Road
San Rafael, CA 94903
(415) 492-0230; Fax (415) 492-0947
bthacher@legalaidofmarin.org

SHIRLEY HOCHHAUSEN (State Bar No. 145619)
COMMUNITY LEGAL SERVICES OF EAST PALO ALTO
2117-B University Avenue
East Palo Alto, CA 94303
(650) 326-6440; Fax (650) 326-9722
S.Hochhausen@hotmail.com

Attorneys for Plaintiff
AUDREY McNAMARA NEVIS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| AUDREY McNAMARA NEVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, et al.,<br><br>    Defendants.<br>_____/ | CASE NO.: C 07 2568 MHP<br><br>**REQUEST TO ENTER DEFAULT** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Audrey McNamara Nevis hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Executive Financial Lending, Inc. on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant Executive Financial Lending, Inc. on May 17, 2007 evidenced by the proof of service of summons on file with this Court. Plaintiff intends to apply to the Court for entry of the default

1  judgment against Executive Financial Lending, Inc.
2
3  Dated:  August 27, 2007         LAW OFFICES OF ROBERT F. KANE
4                                  LEGAL AID OF MARIN
5                                  COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
6
                                   By__/s/_____
7                                     ROBERT F. KANE
                                      Attorneys for Plaintiff
8                                     AUDREY McNAMARA NEVIS