**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 31, 2007

RE:  CV 07-02568 MHP          AUDREY MCNAMARA NEVIS-v- WELLS FARGO BANK

Default is entered as to **Defendant Executive Financial Lending Inc.** on **August 31, 2007**.

RICHARD W. WIEKING, Clerk

by Gina Agustine-Rivas
Case Systems Administrator

NDC TR-4  Rev. 3/89