UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY MCNAMARA NEVIS, | No. C 07-02568 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Matter to be submitted on papers)** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant(s). | |

Defendant, having moved this Court for a hearing on September 10, 2007, the parties are hereby notified that the motion to dismiss will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

Richard W. Wieking
Clerk, U.S. District Court

Dated: September 6, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140