ROBERT F. KANE, ESQ. (State Bar No. 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
(415) 982-1510; Fax (415) 982-5821
rkane1089@aol.com

PAUL B. COHEN (State Bar No. 148371)
BROOKE THATCHER (State Bar No. 228637)
LEGAL AID OF MARIN
30 North San Pedro Road
San Rafael, CA 94903
(415) 492-0320; Fax (415) 492-0947
bthacher@legalaidofmarin.org

SHIRLEY HOCHHAUSEN (State Bar No. 145619)
COMMUNITY LEGAL SERVICES OF EAST PALO ALTO
2117-B University Avenue
East Palo Alto, CA 94303
(650) 326-6440; Fax (650) 326-9722

Attorneys for Plaintiff
AUDREY McNAMARA NEVIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| AUDRY MCNAMARA NEVIS,<br><br>                        Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE, *et al*<br>                        Defendants. | Case No. C 07 2568 MHP<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT QUALITY LOAN SERVICES CORPORATION |

IT IS HEREBY STIPULATED between Plaintiff Audrey McNamara Nevis and Defendant Quality Loan Services Corporation ("Quality") through their respective counsel, that the above-captioned matter, including the complaint and amended complaint, be and hereby is dismissed without prejudice pursuant to FRCP 41(a) against defendant Quality.

FURTHER, IT IS HEREBY STIPULATED that Quality is acting as Trustee under the Deed of Trust which is the subject of the instant action agrees to be bound by whatever order or nonmonetary judgment is issued by the Court regarding the subject Deed of Trust, including the pending preliminary injunction.

////

---

1

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT
QUALITY LOAN SERVICES CORPORATION

\\mh-0102\matters\Client Files\07-7377\PLDG Revised Stip.doc

1 | Dated: December 13, 2007

LAW OFFICES OF ROBERT F. KANE
LEGAL AID OF MARIN
COMMUNITY LEGAL SERVICES IN EAST PALO ALTO

By: /s/ Robert F. Kane

Dated: December 6, 2007

**McCARTHY & HOLTHUS, LLP**

By: /s/ David C. Scott
David C. Scott, Esq.
Attorneys for Defendant,
Quality Loan Services Corporation

2
**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT QUALITY LOAN SERVICES CORPORATION**

\\mh-0102\matters\Client Files\07-7377\PLDG Revised Stip.doc