UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY MCNAMARA NEVIS, | No. C 07-02568 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE**<br>**(Scheduling Status Conference)** |
|   v. | |
| WELLS FARGO BANK, | |
|     Defendant(s). | |

The parties are hereby notified that a status conference in this matter will be held **March 24, 2008 at 3:00 p.m.**, before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California. A Joint Status Report, which includes all further pretrial and trial schedules, shall be filed not later than 10 days prior to the conference.

Richard W. Wieking
Clerk, U.S. District Court

Dated: February 21, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140