JOHN F. CAVIN, ESQ. (SB# 88946)
HELEN V. POWERS, ESQ. (SB# 175164)
**BARDELLINI, STRAW, CAVIN & BUPP, LLP**
2000 Crow Canyon Place, Suite 330
San Ramon, California 94583
Telephone: (925) 277-3580
Facsimile: (925) 277-3591
jcavin@bscb.com
hpowers@bscb.com

Attorneys for Defendant GATEWAY TITLE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, a California corporation, EXECUTIVE FINANCIAL LENDING, JOHN B. SPEAR, an individual, SHAI MOSHE, an individual, GATEWAY TITLE COMPANY, QUALITY LOAN SERVICES, Trustee and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. C 07 2568<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

　　　　Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome

1  of this proceeding: Commonwealth Land Title Insurance Company, owner of Gateway Title Company.

2  Dated: March 13, 2008                    **BARDELLINI, STRAW, CAVIN & BUPP, LLP**

5              By:    /s/ Helen V. Powers
                      HELEN V. POWERS
6                     Attorneys for Defendant GATEWAY TITLE COMPANY

**PROOF OF SERVICE**

I declare that:

I am employed in San Ramon, California. I am over the age of 18 years and not a party to this action.

My business address is 2000 Crow Canyon Place, Suite 330, San Ramon, California, 94583.

On this date, I caused to be served the attached document(s) entitled:

*Nevis v. Wells Fargo Bank, et al.*/**U.S. District Court Case No. C07 2568**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the following party(ies), as listed below:

| | |
|---|---|
| Paul Sitner Cohen, Esq.<br>Brooke Elizabeth Thacher, Esq.<br>Legal Aid of Marin<br>30 North San Pedro Road, Suite 220<br>San Rafael, California 94903<br>Tel: (415) 492-0230<br>Fax: (415) 492-0947 | Attorneys for Plaintiff<br>AUDREY McNAMARA NEVIS |
| Shirley Hochhausen, Esq.<br>Community Legal Services East Palo Alto<br>2117-B University Avenue<br>East Palo Alto, California 94303<br>Tel: (650) 326-6440<br>Fax: (650) 326-9722 | Attorneys for Plaintiff<br>AUDREY McNAMARA NEVIS |
| Robert F. Kane, Esq.<br>Law Offices of Robert F. Kane<br>870 Market Street, Suite 1128<br>San Francisco, California 94102<br>Tel: (415) 982-1510<br>Fax: (415) 982-5821<br>e-mail: Rkane1089@aol.com | Attorneys for Plaintiff<br>AUDREY McNAMARA NEVIS |
| Daniel Joseph Goulding, Esq.<br>David C. Scott, Esq.<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, California 92101<br>Tel: (619) 685-4800, x. 236<br>Fax: (619) 685-4810<br>e-mail: dgoulding@mccarthy-holthus.com | Attorneys for Defendant<br>QUALITY LOAN SERVICES |
| David Carlyle Powell, Esq.<br>Reed Smith, LLP<br>2 Embarcadero Center, Suite 2000<br>San Francisco, California 94111<br>Tel: (415) 659-5978<br>Fax: (415) 391-8269<br>e-mail: dpowell@reedsmith.com | Attorneys for Defendant/Cross-Claimant<br>WELLS FARGO BANK |

1     The following is the procedure in which service of this document(s) was effected:

2   __X__ **By Mail:** I caused such envelope to be deposited in the mail at San Ramon, California with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox in Contra Costa County at the close of the business day.

  ____ **By Fax:** I caused a copy of the above named documents to be transmitted via facsimile to the facsimile number of the offices of the addressee(s) as indicated above. The facsimile machine used complied with California Rule of Court §2003, and no error was reported by the facsimile machine.

  ____ **By Overnight Delivery:** I caused such envelope to be transmitted by a overnight delivery service (i.e., Federal Express, UPS) to the offices of the addressee(s).

  ____ **By Personal Service:** I caused such envelope to be hand delivered to the offices of the addressee(s) as indicated above.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 14, 2008, in San Ramon, California.

                /s/ David Weibel
                David Weibel

---

4
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
**Case No. C 07 2568**