**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 24, 2008

Case No.   C 07-2568  MHP              Judge: MARILYN H. PATEL

Title: AUDREY MCNAMARA- NEVIS -v- WELLS FARGO BANK et al

Attorneys:  Plf: Robert Kane, Shirley Hochhausen
            Dft: Helen Powers, Heather Hoesterey

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying claims, service discussed;; Preservation and Protective orders to be put in place by 3/28/2008; Amended complaint to be filed within twenty days; Service to be completed within 25 days thereafter;

Matter referred to a Magistrate Judge for settlement purposes, to be completed within the next 90 days;

A further status conference set for 7/28/2008 at 3:00 pm, with a joint supplemental status report to be filed one week prior;