1  David C. Powell (SBN 129781)
   Heather B. Hoesterey (SBN 201254)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA 94120-7936

6  Telephone:   1 415 543 8700
   Facsimile:   1 415 391 8269
7
   Attorneys for Defendant and Cross-Complainant
8  Wells Fargo Bank, N.A.

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 | AUDREY MCNAMARA NEVIS,                    | No.: C-07-2568 MHP
13 |              Plaintiff,                    | **STIPULATION REGARDING PRESERVATION OF EVIDENCE; [PROPOSED] ORDER**
14 |       vs.                                  |
15 | WELLS FARGO BANK, EXECUTIVE FINANCIAL LENDING INC., JOHN B. SPEAR,
16 | SHAI MOSHE, GATEWAY TITLE COMPANY, QUALITY LOAN SERVICES CORP. and DOES
17 | 1-100, inclusive,
18 |              Defendants.
19 | WELLS FARGO BANK, N.A.,
20 |              Cross-Complainant,
21 |       vs.
22 | EXECUTIVE FINANCIAL LENDING, INC., a California Corporation; JOHN B. SPEAR, an
23 | individual; and SHAI MOSHE, also known as EDISON MOSHE, an individual,
24 |
25 |              Cross- Defendants.

26       IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective

27 counsel of record, pursuant to this Court's March 27, 2008 Status Conference Order and Paragraph 6

28 of the Standing Orders for All Judges for the Northern District of California regarding Case

No.: C-07-2568 MHP                          – 1 –
STIPULATION REGARDING PRESERVATION OF EVIDENCE; [PROPOSED] ORDER

Management Conference Statements, and pursuant to their duties to preserve evidence that may be relevant to this action pursuant to the Federal Rules, as follows:

The parties do not contemplate any issues regarding the preservation of evidence as the scope of relevant documents is narrow, and relevant documents have been and will be disclosed in the parties' initial disclosures. The parties are aware of and hereby stipulate to abide by their responsibility under the Federal Rules to preserve evidence relevant to the issues reasonably evident in this action, including electronically-stored evidence, and have taken steps to preserve all such evidence and prevent destruction of any such evidence under any document or data destruction program that would otherwise prevent them from fulfilling their responsibilities.

DATED: March 28, 2008

LAW OFFICES OF ROBERT KANE COMMUNITY LEGAL SERVICES
IN EAST PALO ALTO

By _/s/ Robert Kane_____
Robert Kane
Shirley Hochhausen
Attorneys for Plaintiff Audrey McNamara Nevis

DATED: March __, 2008

REED SMITH LLP

By_____
Heather B. Hoesterey
Attorneys for Defendant and Cross-Complainant
Wells Fargo Bank, N.A.

Management Conference Statements, and pursuant to their duties to preserve evidence that may be relevant to this action pursuant to the Federal Rules, as follows:

The parties do not contemplate any issues regarding the preservation of evidence as the scope of relevant documents is narrow, and relevant documents have been and will be disclosed in the parties' initial disclosures. The parties are aware of and hereby stipulate to abide by their responsibility under the Federal Rules to preserve evidence relevant to the issues reasonably evident in this action, including electronically-stored evidence, and have taken steps to preserve all such evidence and prevent destruction of any such evidence under any document or data destruction program that would otherwise prevent them from fulfilling their responsibilities.

DATED: March __, 2008

          LAW OFFICES OF ROBERT KANE COMMUNITY
          LEGAL SERVICES
          IN EAST PALO ALTO

          By_____
          Robert Kane
          Shirley Hochhausen
          Attorneys for Plaintiff Audrey McNamara Nevis

DATED: March 28, 2008

          REED SMITH LLP

          By_____
          Heather B. Hoesterey
          Attorneys for Defendant and Cross-Complainant
          Wells Fargo Bank, N.A.

DATED: March 28, 2008

BARDELLINI, STRASW, CAVIN & BUPP, LLP

By: /s/ Lee P. Bardellini
Lee P. Bardellini
Attorneys for Defendant Gateway Title Company

**IT IS SO ORDERED:**

_____
The Honorable Marilyn H. Patel
United States District Court Judge

DOCSSFO-12510303.1

No.: C-07-2568 MHP — 3 —
STIPULATION REGARDING PRESERVATION OF EVIDENCE; [PROPOSED] ORDER