1  David C. Powell (SBN 129781)
   Heather B. Hoesterey (SBN 201254)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA 94120-7936

6  Telephone:    1 415 543 8700
   Facsimile:    1 415 391 8269

7
   Attorneys for Defendant and Cross-Complainant
8  Wells Fargo Bank, N.A.

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  AUDREY MCNAMARA NEVIS, | No.: C-07-2568 MHP |
| 13           Plaintiff, | **STIPULATION REGARDING PRESERVATION OF EVIDENCE;** |
| 14      vs. | [PROPOSED] **ORDER** |
| 15  WELLS FARGO BANK, EXECUTIVE FINANCIAL LENDING INC., JOHN B. SPEAR, | |
| 16  SHAI MOSHE, GATEWAY TITLE COMPANY, QUALITY LOAN SERVICES CORP. and DOES | |
| 17  1-100, inclusive, | |
| 18           Defendants. | |
| 19  WELLS FARGO BANK, N.A., | |
| 20           Cross-Complainant, | |
| 21      vs. | |
| 22  EXECUTIVE FINANCIAL LENDING, INC., a California Corporation; JOHN B. SPEAR, an | |
| 23  individual; and SHAI MOSHE, also known as EDISON MOSHE, an individual, | |
| 24           Cross-Defendants. | |

26      IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective

27  counsel of record, pursuant to this Court's March 27, 2008 Status Conference Order and Paragraph 6

28  of the Standing Orders for All Judges for the Northern District of California regarding Case

1  Management Conference Statements, and pursuant to their duties to preserve evidence that may be
2  relevant to this action pursuant to the Federal Rules, as follows:
3
4      The parties do not contemplate any issues regarding the preservation of evidence as the scope
5  of relevant documents is narrow, and relevant documents have been and will be disclosed in the
6  parties' initial disclosures. The parties are aware of and hereby stipulate to abide by their
7  responsibility under the Federal Rules to preserve evidence relevant to the issues reasonably evident
8  in this action, including electronically-stored evidence, and have taken steps to preserve all such
9  evidence and prevent destruction of any such evidence under any document or data destruction
10 program that would otherwise prevent them from fulfilling their responsibilities.
11
12 DATED: March 28, 2008
13
    LAW OFFICES OF ROBERT KANE COMMUNITY
    LEGAL SERVICES
14     IN EAST PALO ALTO
15
16     By _____
    Robert Kane
17     Shirley Hochhausen
    Attorneys for Plaintiff Audrey McNamara Nevis
18
   DATED: March __, 2008
19
    REED SMITH LLP
20
21     By_____
    Heather B. Hoesterey
22     Attorneys for Defendant and Cross-Complainant
    Wells Fargo Bank, N.A.
23
24
25
26
27
28

1  Management Conference Statements, and pursuant to their duties to preserve evidence that may be
2  relevant to this action pursuant to the Federal Rules, as follows:
3
4      The parties do not contemplate any issues regarding the preservation of evidence as the scope
5  of relevant documents is narrow, and relevant documents have been and will be disclosed in the
6  parties' initial disclosures. The parties are aware of and hereby stipulate to abide by their
7  responsibility under the Federal Rules to preserve evidence relevant to the issues reasonably evident
8  in this action, including electronically-stored evidence, and have taken steps to preserve all such
9  evidence and prevent destruction of any such evidence under any document or data destruction
10 program that would otherwise prevent them from fulfilling their responsibilities.
11
12     DATED: March __, 2008
13                                          LAW OFFICES OF ROBERT KANECOMMUNITY
                                             LEGAL SERVICES
14                                           IN EAST PALO ALTO
15
16                                          By_____
                                               Robert Kane
17                                             Shirley Hochhausen
                                               Attorneys for Plaintiff Audrey McNamara Nevis
18     DATED: March 28 2008
19
                                             REED SMITH LLP
20
21                                          By_____
                                               Heather B. Hoesterey
22                                             Attorneys for Defendant and Cross-Complainant
                                               Wells Fargo Bank, N.A.
23
24
25
26
27
28

No.: C-07-2568 MHP                           − 2 −
STIPULATION REGARDING PRESERVATION OF EVIDENCE; [PROPOSED] ORDER

DATED: March 28, 2008

BARDELLINI, STRASW, CAVIN & BUPP, LLP

By: /s/ Lee P. Bardellini
Lee P. Bardellini
Attorneys for Defendant Gateway Title Company

IT IS SO ORDERED:

March 31, 2008

The Honorable
United S



IT IS SO ORDERED
Judge Marilyn H. Patel

DOCSSFO-12510303.1