# ReedSmith

Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922
+1 415 543 8700
Fax +1 415 391 8269
reedsmith.com

**Heather B. Hoesterey**
Direct Phone: +1 415 659 5958
Email: hhoesterey@reedsmith.com

E-FILED

June 17, 2008

The Honorable James Larson
United States District Court Magistrate Judge
Northern District of California
San Francisco Division
450 Golden Gate Avenue, 15th floor
San Francisco, California 94102

Re: <u>Nevis v. Wells Fargo Bank, N.A. et al.</u>
   Case no. C07-2568



Dear Judge Larson:

We write to request permission for Wells Fargo Bank, N.A.'s ("Wells Fargo's") representative with settlement authority, who is located out of state, to appear telephonically at the June 24, 2008 Settlement Conference in the above-referenced matter.

Good cause exists to grant Wells Fargo's request to appear telephonically because the time and expense that would be involved in traveling to California for the Settlement Conference would create an undue hardship.

Furthermore, a representative of defendants Carrington Securities, LP ("Carrington") and Stanwich Asset Acceptance Company, LLC ("Stanwich") will be personally present at the settlement conference. Wells Fargo is not involved in the matters alleged in plaintiff's complaint on an individual basis, and serves only as Trustee of the Trust evidenced by the Carrington Mortgage Loan Trust, Series 2006-NC4 Asset-Backed Pass-Through Certificates. Plaintiff's loan which is at issue in this litigation is included in the Trust.

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

DOCSSFO-12518424.1

The Honorable James Larson
June 17, 2008
Page 2

**ReedSmith**

Thank you for your consideration of this request. Should you need any additional information, please do not hesitate to contact me.

Respectfully submitted,

Heather B. Hoesterey

HBH:nm

cc:     Robert Kane, Esq.
        Shirley Hochhausen, Esq.
        Paul B. Cohen, Esq.
        Helen Powers, Esq.