## CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** June 24, 2008

**Case No.:** C 07-2568 MHP  (JL)

**Case Name:**   **Audrey McNamara Nevis v. Wells Fargo Bank, et al.,**

**Counsel Present:**       **Plaintiff**: Paul Cohen, Shirley Hochhausen

                            **Defendant:** Robert Clinco, David C. Powell

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the following outcome:

|   |   |
|---|---|
| \_\_\_\_\_ | Settle |
| \_\_\_\_\_ | Partial settlement |
| __X__ | Did not settle |
|   | Further settlement conference ordered:  \_\_\_\_\_ |

**Time:**    3.5  hrs

**Comments:**

*/s/ Venice E. Thomas*
Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Tony Bowser