1  Robert A. Clinco   SB# 35585
   821 Appelby Street
2  Venice, CA   90291
    (310) 396-6251  voice
3  (310) 564-2027  FAX
4  Robert@ClincoLaw.com

5  Attorney for Defendant, JOHN B. SPEAR

6

7
                          UNITED STATES DISTRICT COURT
8
                          NORTHERN DISTRICT OF CALIFORNIA
9

10 AUDREY McNAMARA NEVIS                      ) Case No.  C -07-2568 MHP
                                              )
11                         Plaintiff          ) REQUEST FOR DISMISSAL
                                              )     COUNTERCLAIM
12                    v.                      )  AUDREY M. NEVIS only
                                              )
13 WELLS FARGO BANK, EXECUTIVE FINANCIAL      )
14 LENDING, INC.,  JOHN B. SPEAR, SHAI MOSHE, )
   GATEWAY TITLE COMPANY, QUALITY LOAN        )
15     SERVICES CORP.                         )
   DOES 1 through 100, inclusive              )
16                                            )
                           Defendants         )
17                                            )
   WELLS FARGO BANK, N.A.                     )
18                                            )
                      Cross complainant       )
19                                            )
                      v.                      )
20                                            )
   EXECUTIVE FINANCIAL LENDING, INC., a California )
21     Corporation, JOHN B. SPEAR, an individual, )
22 SHAI MOSHE, also known as EDISON MOSHE,    )
        an individual                         )
23                                            )
                           Cross defendants   )
24

25
                    REQUEST FOR DISMISSAL – COUNTER CLAIM

                         AUDREY McNAMARA NEVIS – only

                                Page 1 of 4

|   |   |   |
|---|---|---|
| JOHN B. SPEAR, an individual | ) | |
| | ) | |
|   Counter Claimant | ) | |
| | ) | |
|   v. | ) | |
| | ) | |
| AUDREY McNAMARA NEVIS, | ) | |
| WELLS FARGO BANK | ) | |
| SHAI MOSHE | ) | |
| | ) | |
|   Counter Defendants | ) | |

  COMES NOW the Counter-Claimant, JOHN B. SPEAR, in the above-entitled action and hereby dismisses, without prejudice, the First Claim for Relief against Counter Defendant AUDREY McNAMARA NEVIS, the Second Claim for Relief against Counter Defendant AUDREY McNAMARA NEVIS, the Third Claim for Relief against Counter Defendant AUDREY McNAMARA, and the Fourth Claim for Relief against Counter Defendant AUDREY McNAMARA. Except as specifically dismissed, the balance of the Counter Claim shall remain as stated.

  This dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

  Dated: July 7, 2008

  _____
  Robert A. Clinco, Attorney for Defendant
  John B. Spear

IT IS SO ORDERED
Judge Marilyn H. Patel

REQUEST FOR DISMISSAL – COUNTER CLAIM

AUDREY McNAMARA NEVIS – only

**PROOF OF SERVICE**

County of Los Angeles    )
                         )  ss
State of California      )

I am a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within action; by business address is 821 Appelby Street, Venice, California 90291.

On the 8th day of July, 2008, I served the within documents on the interested parties by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid, in the United States Mail at:

_____    Santa Monica, California

__x__    Los Angeles, California

_____    Marina del Rey/Playa Vista, California

addressed as follows:

    See attached service list

Documents served: Request for Dismissal – Audrey McNamara Nevis – Counter Defendant

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th day of July, 2008, at Venice, California.

Robert A. Clinco

SERVICE LIST – 6-30-08

NEVIS v. WELLS FARGO  07-cv-02568 – MHP

Ms. Shirley Hochhausen
Community Legal Services
2117-B University Avenue
East Palo Alto, CA  94303
                                        Plaintiff

Ms. Brooke Elizabeth Thacher
Mr. Paul Sitner Cohen
Legal Aid of Marin
30 N. San Pedro Rd., Suite 220
San Rafael, CA   94903
                                        Plaintiff

Mr. Robert F. Kane
Law Office of Robert F. Kane
870 Market Street, Suite 1128
San Francisco, CA   94102
                                        Plaintiff

Mr. David Carlyle Powell
Ms. Heather B. Hoesterey
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA   94111
                                        Defendant, Wells Fargo Bank

Mr. Lee P. Bardellini
Ms. Helen Powers
Bardellini, Straw & Cavan LLP
2000 Crow Canyon Place, Suite 330
San Ramon, CA   94583
                                        Defendant, Gateway Title

Mr. Daniel Joseph Goulding
Mr. David C. Scott
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA   92101
                                        Defendant, Quality Loan