UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY MCNAMARA NEVIS,<br><br>     Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, EXECUTIVE FINANCIAL LENDING, INC., JOHN B. SPEAR, SHAI MOSHE, GATEWAY TITLE COMPANY., NC CAPITAL CORP., CARRINGTON SECURITIES, LP., CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC4, STANWICH ASSET ACCEPTANCE COMPANY, LLC AND DOES 5 - 100, inclusive,<br><br>     Defendants. | Case No. C 07 - 2568 MHP<br><br>**JOINT STATUS REPORT**<br><br>Date: 7/28/08<br>Time: 3:00 p.m.<br>Judge: Hon. Marilyn H. Patel<br>Courtroom: 15 |

## INTRODUCTION

Since the last status conference, Plaintiff Audrey McNamara Nevis has filed and served a second amended complaint and defendant and cross-defendant John Spear has answered and filed both a counter claim and a third party complaint which names seven additional new parties who have yet to be served. This has changed the procedural posture of the case as the new parties named by defendant Spear have yet to appear.

1. **Status of the Pleadings and Parties**

Plaintiff's second amended complaint has been served on all named defendants except for Shai Moshe, who has not been located, and N.C. Capital Corp, which is in bankruptcy. Defendants Carrington Securities LP, Carrington Mortgage Loan Trust, Series 2006-NC4 and Stanwich Asset Acceptance Company, LLC will answer prior to the Status Conference. Defendant John Spear has answered the first amended complaint and counsel have stipulated that his answer may be deemed the answer to the second amended complaint. Defendant Spear filed a third party claim naming seven new parties. Each of these new parties played a crucial role in the loan transaction at issue and Plaintiff intends to amend her complaint to add them as defendants and would seek leave to do so.

2. **Initial Disclosures**

Plaintiff and defendants Gateway Title Company and Wells Fargo Bank have served their initial disclosures. Defendant Spear has not served his initial disclosure and apparently has no documents.

3. **Alternative Dispute Resolution**

The parties participated in an initial settlement conference with Magistrate Judge John Larson on Jun 24, 2008. Judge Larson intends to continue to work with the parties to attempt to resolve the matter.

5. **Discovery and Trial Proceedings**

No discovery other than the initial disclosures have been propounded. Discovery should be stayed until all parties have appeared. It would appear to be premature to set a trial date until

1  all parties have appeared. In the event that the court is inclined to set a trial date, the parties would request that the date be set at least one year from now with a status conference to be held within ninety (90) days to afford all parties an opportunity to be involved in a proposed pretrial schedule.

DATED: July 21, 2008

Respectfully submitted,

LAW OFFICES OF ROBERT KANE
LEGAL AID OF MARIN
COMMUNITY LEGAL SERVICES IN
EAST PALO ALTO
BY: _____
ROBERT F. KANE
Attorney for Plaintiff Audrey McNamara Nevis

REED SMITH LLP
David C. Powell
Heather B. Hoesterey

Attorneys for Defendant
WELLS FARGO BANK, N.A, CARRINGTON SECURITIES LP, CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC4, STANWICH ASSET ACCEPTANCE COMPANY, LLC

BY _____
HEATHER B. HOESTEREY

BARDELLINI, STRAW, CAVIN & BUPP, LLP
John F. Cavin
Helen V. Powers
Attorneys for Defendant
GATEWAY TITLE COMPANY

BY _____
HELEN V. POWERS

ROBERT CLINCO, ESQ.
Attorney for Defendant
JOHN SPEAR

BY _____
ROBERT CLINCO

1  within ninety (90) days to afford all parties an opportunity to be involved in a proposed pretrial
2  schedule.
3
4  DATED: July    , 2008                     Respectfully submitted,

                                             **LAW OFFICES OF ROBERT KANE**
                                             **LEGAL AID OF MARIN**
                                             COMMUNITY LEGAL SERVICES IN
                                             EAST PALO ALTO

                                             BY:_____
                                                 ROBERT F. KANE
                                                 Attorney for Plaintiff Audrey McNamara Nevis


                                             REED SMITH LLP
                                             David C. Powell
                                             Heather B. Hoesterey

                                             Attorneys for Defendant
                                             WELLS FARGO BANK, N.A, CARRINGTON
                                             SECURITIES LP, CARRINGTON MORTGAGE
                                             LOAN TRUST, SERIES 2006-NC4, STANWICH
                                             ASSET ACCEPTANCE COMPANY, LLC


                                             BY_____
                                                HEATHER B. HOESTEREY


                                             BARDELLINI, STRAW, CAVIN & BUPP, LLP
                                             John F. Cavin
                                             Helen V. Powers
                                             Attorneys for Defendant
                                             GATEWAY TITLE COMPANY

                                             BY /s/ John Cavin
                                                JOHN F. CAVIN


                                             ROBERT CLINCO, ESQ.
                                             Attorney for Defendant
                                             JOHN SPEAR


                                             BY_____
                                                ROBERT CLINCO

| | | |
|---|---|---|
| 1 | DATED: July  , 2008 | Respectfully submitted, |
| 2 | | **LAW OFFICES OF ROBERT KANE** |
| | | **LEGAL AID OF MARIN** |
| 3 | | COMMUNITY LEGAL SERVICES IN |
| | | EAST PALO ALTO |
| 4 | | |
| 5 | | BY:_____ |
| | | ROBERT F. KANE |
| 6 | | Attorney for Plaintiff Audrey McNamara Nevis |
| 7 | | REED SMITH LLP |
| | | David C. Powell |
| 8 | | Heather B. Hoesterey |
| 9 | | Attorneys for Defendant |
| 10 | | WELLS FARGO BANK, N.A, CARRINGTON SECURITIES LP, CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC4, STANWICH |
| 11 | | ASSET ACCEPTANCE COMPANY, LLC |
| 12 | | |
| 13 | | BY_____ |
| | | HEATHER B. HOESTEREY |
| 14 | | |
| 15 | | BARDELLINI, STRAW, CAVIN & BUPP, LLP |
| | | John F. Cavin |
| | | Helen V. Powers |
| 16 | | Attorneys for Defendant |
| | | GATEWAY TITLE COMPANY |
| 17 | | |
| 18 | | BY_____ |
| | | HELEN V. POWERS |
| 19 | | |
| 20 | | ROBERT CLINCO, ESQ. |
| 21 | | Attorney for Defendant |
| | | JOHN SPEAR |
| 22 | | |
| 23 | | BY [signature] |
| 24 | | ROBERT CLINCO |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

JOINT STATUS REPORT