Robert A. Clinco
821 Appelby Street
Venice, CA 90291
(310) 396-6251 Voice, (310) 564-2027 FAX
e-mail: Robert@ClincoLaw.com
  State Bar No. 35585

Attorney for Defendant, John B. Spear

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY McNAMARA NEVIS | ) Case No. C -07-2568 MHP |
|  | ) |
| Plaintiff | ) STIPULATION RE: |
|  | ) ANSWER BY JOHN B. SPEAR |
| v. | ) TO SECOND AMENDED |
|  | ) COMPLAINT |
| WELLS FARGO BANK, et.al | ) |
|  | ) |
| Defendants | ) |

It is hereby stipulated by and between the Plaintiff, AUDREY McNAMARA NEVIS, by her attorney of record, ROBERT KANE, and Defendant, JOHN B. SPEAR, by his attorney of record, ROBERT A. CLINCO, that the answer previously filed by defendant to the First Amended Complaint be deemed defendant's responsive pleading to the Second Amended Complaint.

Dated: July 18, 2008

_____
Robert A. Clinco, Attorney for Defendant
John B. Spear

_____
Robert Kane, Attorney for Plaintiff
Audrey McNamara Nevis