UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY MCNAMARA NEVIS, | No. C 07-02568 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Status Conference)** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant(s). | |

Due to the unavailability of court, the parties are hereby notified that the status conference in this matter currently set for July 28, 2008, has been rescheduled and will be held on **August 6, 2008 at 10:00 a.m.**, before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California.

Richard W. Wieking
Clerk, U.S. District Court

Dated: July 23, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140