David C. Powell (SBN 129781)
Heather B. Hoesterey (SBN 201254)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    1 415 543 8700
Facsimile:    1 415 391 8269

Attorneys for Defendants and Cross-Complainants Wells Fargo Bank, N.A., individually and as Trustee of the Carrington Mortgage Loan Trust, Series 2006-NC4; Carrington Securities, L.P. and Stanwich Asset Acceptance Company, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS,<br><br>            Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, et. al.,<br><br>            Defendants. | No.: C-07-2568 MHP<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| AND RELATED CROSS ACTIONS. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Stanwich Asset Acceptance Company is a wholly-owned subsidiary of Carrington Securities, L.P., which in turn is a wholly-owned subsidiary of Carrington Capital Management, L.L.C.

DATED: August 4, 2008

REED SMITH LLP

By      /s/ Heather B. Hoestery
David C. Powell
Heather B. Hoesterey
Attorneys for Defendants and Cross-Complainants
Wells Fargo Bank, N.A., individually and as
Trustee of the Carrington Mortgage Loan Trust,
Series 2006-NC4; Carrington Securities, L.P. and
Stanwich Asset Acceptance Company, L.L.C.

DOCSSFO-12523346.1