1  David C. Powell (SBN 129781)
   Heather B. Hoesterey (SBN 201254)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA 94120-7936

6  Telephone:   1 415 543 8700
   Facsimile:   1 415 391 8269

7

8  Attorneys for Defendants and Cross-
   Complainants Wells Fargo Bank, N.A.,
   individually and as Trustee of the Carrington
9  Mortgage Loan Trust, Series 2006-NC4;
   Carrington Securities, L.P., and Stanwich Asset
10 Acceptance Company, L.L.C.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14 AUDREY MCNAMARA NEVIS,              | No.: C-07-2568 MHP

15              Plaintiff,             | **PROOF OF SERVICE BY REGULAR MAIL**

16    vs.

17 WELLS FARGO BANK, et. al.,

18              Defendants.

19 AND RELATED CROSS-ACTIONS.

20

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, California 94111-3922. On August 4, 2008, I served the following document(s) by the method indicated below:

1)  **ANSWER OF DEFENDANT WELLS FARGO BANK N.A. TO SECOND AMENDED COMPLAINT**

2)  **ANSWER OF DEFENDANTS CARRINGTON SECURITIES, L.P. AND STANWICH ASSET ACCEPTANCE COMPANY, L.L.C. TO SECOND AMENDED COMPLAINT**

3)  **ANSWER OF COUNTER-DEFENDANT WELLS FARGO BANK, N.A. TO COUNTER-CLAIM BY JOHN B. SPEAR**

4)  **CROSS-COMPLAINT OF CARRINGTON SECURITIES, L.P. AND STANWICH ASSET ACCEPTANCE COMPANY, L.L.C. FOR INDEMNITY**

5)  **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

| | |
|---|---|
| Shirley Hochhausen<br>Community Legal Services East Palo Alto<br>2117-B University Avenue<br>East Palo Alto, CA  94303<br><br>Telephone:  650.326.6440<br>Facsimile:  650.326.9722 | Attorneys for Plaintiff<br>AUDREY McNAMARA NEVIS |
| Paul Sitner Cohen<br>Legal Aid of Marin<br>30 N. San Pedro Rd., Suite 220<br>San Rafael, CA  94903 | Attorneys for Plaintiff<br>AUDREY McNAMARA NEVIS |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Brooke Elizabeth Thacher           Attorneys for Plaintiff
   Legal Aid of Marin                 AUDREY McNAMARA NEVIS
2  30 N. San Pedro Rd., Suite 220
   San Rafael, CA  94903
3

4       I declare under penalty of perjury under the laws of the United States that the above is
   true and correct.  Executed on August 4, 2008, at San Francisco, California.
5

6

7

8                                      /s/ Ann H. Devor
                                       Ann H. Devor
9

DOCSSFO-12523391.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware