AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF<br>AUDRY McNAMARA NEVIS | **THIRD PARTY SUMMONS IN A CIVIL ACTION** |
| V. DEFENDANT AND THIRD PARTY PLAINTIFF<br>JOHN B. SPEAR | CASE NUMBER: C-07-2568 MHP |

V. THIRD PARTY DEFENDANT

DOE Notary Public, Michael M. Edison, Mark Hanna, Nathan Schine, Jaklin Khorsandi, Tina Aghai, Internat. AirlinesTravel Agent Net. Does

TO: (Name and address of defendant)

TINA AGHAI

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY, (name and address) | DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Robert Kane<br>LAW OFFICE OF ROBERT KANE<br>870 Market Street<br>San Francisco, CA  94102 | Robert A. Clinco<br>LAW OFFICE OF ROBERT A. CLINCO<br>821 Appelby Street<br>Venice, CA  90291 |

an answer to the third-party complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint.  There is also served upon you herewith a copy of the complaint of the plaintiff.  You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

| RICHARD W. WIEKING | AUG 6 2008 |
|---|---|
| CLERK | DATE |

BRENDA TOLBERT 
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                            Date                                                          Signature of Server

                                                                                            _____
                                                                                            Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.