**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date:   August 6, 2008        [10:15am - 10:34am]

Case No.   C07-2568  MHP         Judge: MARILYN H. PATEL

Title:   Audrey McNamara Nevis      -v-    Wells Fargo Bank, et al.

Attorneys:  Plf:    Robert Kane, Shirley Hochhausen
            Dft:    Robert Clinco, Heather Hoesterey, Helen Powers

Deputy Clerk:   Monica Narcisse for Anthony Bowser        Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

- Further Case Management Conference set for November 17, 2008 @ 3:00 pm
- Joint supplemental statement, including proposed dates due by 11/10/2008.

cc:    Tony Bowser