ROBERT KANE (CSB No. 71407)
LAW OFFICES OF ROBERT KANE
870 Market Street
San Francisco California. 94102
Tel: (415) 982-1510; Fax: (415) 982-5821
RkanE1089@aol.com

BROOKE THATCHER (CSB NO. 228637 )
LEGAL AID OF MARIN
30 NORTH SAN PEDRO ROAD
SAN RAFAEL, CALIFORNIA 94903
Tel: (415) 492-0230; Fax: (415) 492-0947
bthacher@legalaidofmarin.org

SHIRLEY HOCHHAUSEN (CSB No. 145619)
COMMUNITY LEGAL SERVICES IN
EAST PALO ALTO
2117-B University Avenue
East Palo Alto, CA 94303
Tel:  (650) 326-6440; Fax:(650) 326-9722
S_Hochhausen@hotmail.com

Attorneys for Plaintiff
AUDREY MCNAMARA NEVIS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

AUDREY MCNAMARA NEVIS,

       Plaintiff,

vs.

WELLS FARGO BANK, et al.,

       Defendants.
_____/

CASE NO.:  C 07 2568 MHP

**STIPULATION AND ORDER TO
AMEND PLEADINGS**

IT IS HEREBY STIPULATED, by and between the parties to the instant action who have

appeared, through the respective attorneys, that the parties may amend their pleadings to add

1

STIPULATION AND ORDER TO AMEND PLEADINGS

allegations or name additional parties on or before September 29, 2008.

LAW OFFICES OF ROBERT KANE
LEGAL AID OF MARIN
COMMUNITY LEGAL SERVICES IN
EAST PALO ALTO
Attorney For Plaintiff
Audrey McNamara Nevis

BY: _____
    ROBERT F. KANE

REED SMITH LLP
David C. Powell
Heather B. Hoesterey
Attorneys for Defendants
WELLS FARGO BANK, N.A, CARRINGTON
SECURITIES LP, CARRINGTON MORTGAGE
LOAN TRUST, SERIES 2006-NC4, STANWICH
ASSET ACCEPTANCE COMPANY, LLC

BY_____
   HEATHER B. HOESTEREY

BARDELLINI, STRAW, CAVIN & BUPP, LLP
John F. Cavin
Helen V. Powers
Attorneys for Defendant
GATEWAY TITLE COMPANY

BY_____
   HELEN V. POWERS

ROBERT CLINCO, ESQ.
Attorney for Defendant
JOHN SPEAR

BY_____
   ROBERT CLINCO

ORDER

IT IS SO ORDERED.

2

STIPULATION AND ORDER TO AMEND PLEADINGS

allegations or name additional parties on or before September 29, 2008.

LAW OFFICES OF ROBERT KANE
LEGAL AID OF MARIN
COMMUNITY LEGAL SERVICES IN
EAST PALO ALTO
Attorney For Plaintiff
Audrey McNamara Nevis


BY:_____
    ROBERT F. KANE

REED SMITH LLP
David C. Powell
Heather B. Hoesterey
Attorneys for Defendants
WELLS FARGO BANK, N.A, CARRINGTON
SECURITIES LP, CARRINGTON MORTGAGE
LOAN TRUST, SERIES 2006-NC4, STANWICH
ASSET ACCEPTANCE COMPANY, LLC

BY_____
    HEATHER B. HOESTEREY

BARDELLINI, STRAW, CAVIN & BUPP, LLP
John F. Cavin
Helen V. Powers
Attorneys for Defendant
GATEWAY TITLE COMPANY


BY_____
    HELEN V. POWERS

ROBERT CLINCO, ESQ.
Attorney for Defendant
JOHN SPEAR


BY_____
    ROBERT CLINCO

ORDER

IT IS SO ORDERED.

2

STIPULATION AND ORDER TO AMEND PLEADINGS

allegations or name additional parties on or before September 29, 2008.

LAW OFFICES OF ROBERT KANE
LEGAL AID OF MARIN
COMMUNITY LEGAL SERVICES IN
EAST PALO ALTO
Attorney For Plaintiff
Audrey McNamara Nevis


BY:_____
    ROBERT F. KANE

REED SMITH LLP
David C. Powell
Heather B. Hoesterey
Attorneys for Defendants
WELLS FARGO BANK, N.A, CARRINGTON
SECURITIES LP, CARRINGTON MORTGAGE
LOAN TRUST, SERIES 2006-NC4, STANWICH
ASSET ACCEPTANCE COMPANY, LLC


BY_____
    HEATHER B. HOESTEREY

BARDELLINI, STRAW, CAVIN & BUPP, LLP
John F. Cavin
Helen V. Powers
Attorneys for Defendant
GATEWAY TITLE COMPANY

BY_____
    HELEN V. POWERS

ROBERT CLINCO, ESQ.
Attorney for Defendant
JOHN SPEAR


BY_____
    ROBERT CLINCO

ORDER

IT IS SO ORDERED.

2

STIPULATION AND ORDER TO AMEND PLEADINGS

Dated: _____

_____

JUDGE OF THE U.S. DISTRICT COURT

STIPULATION AND ORDER TO AMEND PLEADINGS