Law Offices of
# ROBERT F. KANE

870 Market Street, Suite 1128
San Francisco, California 94102
Telephone (415) 982-1510
Facsimile (415) 982-5821
Email RKane1089@aol.com

November 7, 2008

The Honorable James Larson
U.S. District Court
Northern District of California
450 Golden Gate Avenue, Dept. 15
San Francisco, CA  94102

Re:  *Audrey Nevis v. Wells Fargo Bank, et al.*
     US District Court No. C07-2568

Dear Judge Larson:

Pursuant to our telephone conversations with your clerk regarding the court's availability, the parties have agreed to a further settlement conference in the above entitled matter on Friday, January 30, 2009 at 10 a.m..

Respectfully Submitted,

ROBERT F. KANE

RFK/a
cc All Counsel

*IT IS SO ORDERED*
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA