# ReedSmith

Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922
+1 415 543 8700
Fax +1 415 391 8269
reedsmith.com

**Heather B. Hoesterey**
Direct Phone: +1 415 659 5958
Email: hhoesterey@reedsmith.com



IT IS SO ORDERED
Judge James Larson

E-FILED

**January 22, 2009**

The Honorable James Larson
United States District Court Magistrate Judge
Northern District of California
San Francisco Division
450 Golden Gate Avenue, 15th floor
San Francisco, California 94102

Re: <u>Nevis v. Wells Fargo Bank, N.A. et al.</u>
Case no. C07-2568

Dear Judge Larson:

We write to request permission for a representative from Carrington Securities, LP ("Carrington") and from Stanwich Asset Acceptance Company, LLC ("Stanwich") with settlement authority to appear telephonically at the further settlement conference scheduled in this matter scheduled for January 30, 2009. Stanwich and Carrington's representative with settlement authority is located in southern California.

Good cause exists to grant the request to appear telephonically because the time and expense that would be involved in traveling to the further settlement conference would create an undue hardship. A representative from Stanwich and Carrington was personally present at the first settlement conference held in this matter.

Neither Carrington nor Stanwich were involved in the loan transaction at issue in this litigation. Stanwich and Carrington are parties to the Pooling and Servicing agreements for the Trust evidenced by the Carrington Mortgage Loan Trust, Series 2006-NC4 Asset-Backed Pass-Through Certificates. Plaintiff's loan which is at issue in this litigation is included in the Trust.

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-101080702.1

The Honorable James Larson
January 22, 2009
Page 2

**ReedSmith**

Thank you for your consideration of this request. Should you need any additional information, please do not hesitate to contact me.

Respectfully submitted,

Heather B. Hoesterey

HBH:gg

cc: Robert Kane, Esq.
   Shirley Hochhausen, Esq.
   Paul B. Cohen, Esq.
   Helen Powers, Esq.

US_ACTIVE-101080702.1