**BARDELLINI, STRAW, CAVIN & BUPP, LLP**
ATTORNEYS AT LAW
2000 Crow Canyon Place, Suite 330
San Ramon, California 94583

Telephone: (925) 277-3580
Facsimile: (925) 277-3591
www.bscb.com

January 22, 2009

E-FILED

Honorable
Magistrate Judge James Larson
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue, 18th Floor
San Francisco, California 94102

*IT IS SO ORDERED*
/s/ Judge James Larson

Re: *Nevis v. Wells Fargo Bank, et al.*
U.S. District Court Court Case No. C07-2568
REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER SETTLEMENT CONFERENCE BY REPRESENTATIVE OF DEFENDANT GATEWAY TITLE COMPANY
Settlement Conference Date: January 30, 2009 @ 10:00 a.m.

Dear Judge Larson:

This letter is sent to request permission for Defendant GATEWAY TITLE COMPANY's representative to appear telephonically at the further settlement conference scheduled in this matter on January 30, 2009. Gateway Title Company's representative is located in Southern California and the amount of time necessary to travel this distance to the attend the conference in person creates a hardship.

Thank you for your consideration of this request.

Very truly yours,

/s/ Helen V. Powers

Helen V. Powers