```
 1  ROBERT KANE (CSB No. 71407)
    LAW OFFICES OF ROBERT KANE
 2  870 Market Street
    San Francisco California, 94102
 3  Tel: (415) 982-1510; Fax: (415) 982-5821
    RkanE1089@aol.com
 4
    PAUL B. COHEN (State Bar No. 148371)
 5  LEGAL AID OF MARIN
    30 NORTH SAN PEDRO ROAD
 6  SAN RAFAEL, CALIFORNIA 94903
    Tel: (415) 492-0230; Fax: (415) 492-0947
 7
    SHIRLEY HOCHHAUSEN (CSB No. 145619)
 8  COMMUNITY LEGAL SERVICES IN
    EAST PALO ALTO
 9  2117-B University Avenue
    East Palo Alto, CA 94303
10  Tel: (650) 326-6440; Fax:(650) 326-9722
    S_Hochhausen@hotmail.com
11
    Attorneys for Plaintiff
12  AUDREY MCNAMARA NEVIS
```

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS, | CASE NO.: C 07 2568 MHP |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| WELLS FARGO BANK, et al., | |
| Defendants. | |

THE PARTIES REQUEST, through their respective attorneys, that the court continue the status conference in this matter for April 13, 2009 at 2:00 p.m. to May 4, 2009 at ~~2:00 p.m.~~ as the

3:00 PM

//
//
//
//

STIPULATION TO CONTINUE STATUS CONFERENCE

1

1  parties were not able to schedule the deposition of defendant John Spear until April 22, 2009.

2

3  LAW OFFICES OF ROBERT KANE
   LEGAL AID OF MARIN
4  COMMUNITY LEGAL SERVICES IN
   EAST PALO ALTO
5  Attorney For Plaintiff

8  /s/ Lyn McNamara Nevis

9  REED SMITH LLP
   David C. Powell
   Heather B. Hoesterey
10 Attorneys for Defendants
   WELLS FARGO BANK, N.A, CARRINGTON
11 SECURITIES LP, CARRINGTON MORTGAGE
   LOAN TRUST, SERIES 2006-NC4, STANWICH
12 ASSET ACCEPTANCE COMPANY, LLC

13
   BY _____
14    HEATHER B. HOESTEREY

15 BARDELLINI, STRAW, CAVIN & BUPP, LLP
   John F. Cavin
16 Helen V. Powers
   Attorneys for Defendant
17 GATEWAY TITLE COMPANY

18
   BY _____
19    HELEN V. POWERS

20 ROBERT CLINCO, ESQ.
   Attorney for Defendant
21 JOHN SPEAR

22

23 BY _____
      ROBERT CLINCO
24
                                    ORDER
25       IT IS SO ORDERED.
26
   Dated: _____
27
                                    _____
28                                  THE HONORABLE MARILYN HALL PATEL
                                    United States District Court Judge

                              2                STIPULATION TO CONTINUE STATUS
                                                               CONFERENCE

parties were not able to schedule the deposition of defendant John Spear until April 22, 2009.

LAW OFFICES OF ROBERT KANE
LEGAL AID OF MARIN
COMMUNITY LEGAL SERVICES IN
EAST PALO ALTO
Attorney For Plaintiff
Audrey McNamara Nevis

BY:_____
   ROBERT F. KANE

REED SMITH LLP
David C. Powell
Heather B. Hoesterey
Attorneys for Defendants
WELLS FARGO BANK, N.A, CARRINGTON
SECURITIES LP, CARRINGTON MORTGAGE
LOAN TRUST, SERIES 2006-NC4, STANWICH
ASSET ACCEPTANCE COMPANY, LLC


BY_____
  HEATHER B. HOESTEREY

BARDELLINI, STRAW, CAVIN & BUPP, LLP
John F. Cavin
Helen V. Powers
Attorneys for Defendant
GATEWAY TITLE COMPANY

BY /s/ Helen V. Powers
  HELEN V. POWERS

ROBERT CLINCO, ESQ.
Attorney for Defendant
JOHN SPEAR


BY_____
  ROBERT CLINCO

## ORDER

IT IS SO ORDERED.

Dated:_____

_____
THE HONORABLE MARILYN HALL PATEL
United States District Court Judge

1  parties were not able to schedule the deposition of defendant John Spear until April 22, 2009.

2

3  LAW OFFICES OF ROBERT KANE
   LEGAL AID OF MARIN
4  COMMUNITY LEGAL SERVICES IN
   EAST PALO ALTO
5  Attorney For Plaintiff
   Audrey McNamara Nevis
6

7  BY:_____
      ROBERT F. KANE
8

9  REED SMITH LLP
   David C. Powell
10 Heather B. Hoesterey
   Attorneys for Defendants
11 WELLS FARGO BANK, N.A., CARRINGTON
   SECURITIES LP, CARRINGTON MORTGAGE
12 LOAN TRUST, SERIES 2006-NC4, STANWICH
   ASSET ACCEPTANCE COMPANY, LLC

13

14 BY_____
      HEATHER B. HOESTEREY

15 BARDELLINI, STRAW, CAVIN & BUPP, LLP
   John F. Cavin
16 Helen V. Powers
   Attorneys for Defendant
17 GATEWAY TITLE COMPANY

18

19 BY_____
      HELEN V. POWERS

20 ROBERT CLINCO, ESQ.
   Attorney for Defendant
21 JOHN SPEAR

22

23 BY /s/ Robert Clinco
      ROBERT CLINCO

24

                                          ORDER
25      IT IS SO ORDERED.

26
   Dated: 4/7/2009
27
                                          IT IS SO ORDERED
                                          /s/ M. Patel
                                          Judge Marilyn H. Patel
28