ROBERT F. KANE, ESQ. (State Bar No. 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
(415) 982-1510; Fax (415) 982-5821
rkane1089@aol.com

PAUL B. COHEN (State Bar No. 148371)
BROOKE THATCHER (State Bar No. 228637)
LEGAL AID OF MARIN
30 North San Pedro Road
San Rafael, CA 94903
(415) 492-0230; Fax (415) 492-0947
bthacher@legalaidofmarin.org

SHIRLEY HOCHHAUSEN (State Bar No. 145619)
COMMUNITY LEGAL SERVICES OF EAST PALO ALTO
2117-B University Avenue
East Palo Alto, CA 94303
(650) 326-6440; Fax (650) 326-9722
S.Hochhausen@hotmail.com

Attorneys for Plaintiff
AUDREY McNAMARA NEVIS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

AUDREY MCNAMARA NEVIS,

    Plaintiff,

vs.

WELLS FARGO BANK, et al.,

    Defendants.

CASE NO.: C 07 2568 MHP

ORDER Re:
JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

Date: ~~February 1, 2010~~ 3/15/10
Time: ~~2:00 p.m.~~ 3:30 p.m.
Judge: Hon. Marilyn Hall Patel
Courtroom: 15

    Plaintiff has personally served Tina Aghai and Jaklin Khorsandi and they have retained counsel who has asked for an extension to respond. Plaintiff has also served defendants Nathan Schine, Mark Hanna, Michael Moshe Edison, and Shai Moshe by publication which was first published on December 17, 2009 and said defendants have 58 days from the date of publication to respond which would be February 16, 2010. As not all parties have appeared or been dismissed by the February 1, 2010 case management conference the parties request that the matter be

1
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

continued to March 4, 2010. Further, pursuant to the court's request, all parties agree to appear telephonically.

Dated: January 22, 2010

        LAW OFFICES OF ROBERT F. KANE
        LEGAL AID OF MARIN
        COMMUNITY LEGAL SERVICES IN EAST PALO ALTO

By *[signature]*
ROBERT F. KANE
Attorneys for Plaintiff
AUDREY McNAMARA NEVIS

REED SMITH LLP
David C. Powell
Heather B. Hoesterey
Attorneys for Defendant
WELLS FARGO BANK, N.A, CARRINGTON SECURITIES LP, CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC4, STANWICH ASSET ACCEPTANCE COMPANY, LLC

BY *[signature]*
HEATHER B. HOESTEREY

BARDELLINI, STRAW, CAVIN & BUPP, LLP
Daniel Arsenault
Helen V. Powers
Attorneys for Defendant
GATEWAY TITLE COMPANY

BY _____
DANIEL ARSENAULT

ROBERT CLINCO, ESQ.
Attorney for Defendant
JOHN SPEAR

BY _____
ROBERT CLINCO

continued to March 4, 2010. Further, pursuant to the court's request, all parties agree to appear telephonically.

Dated: January __, 2010

LAW OFFICES OF ROBERT F. KANE
LEGAL AID OF MARIN
COMMUNITY LEGAL SERVICES IN EAST PALO ALTO

By_____
ROBERT F. KANE
Attorneys for Plaintiff
AUDREY McNAMARA NEVIS

REED SMITH LLP
David C. Powell
Heather B. Hoesterey
Attorneys for Defendant
WELLS FARGO BANK, N.A, CARRINGTON SECURITIES LP, CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC4, STANWICH ASSET ACCEPTANCE COMPANY, LLC

BY_____
HEATHER B. HOESTEREY

BARDELLINI, STRAW, CAVIN & BUPP, LLP
Daniel Arsenault
Helen V. Powers
Attorneys for Defendant
GATEWAY TITLE COMPANY

BY_____
DANIEL ARSENAULT

ROBERT CLINCO, ESQ.
Attorney for Defendant
~~JOHN SPEAR~~

BY [signature]
ROBERT CLINCO

March 15, 2010 at 3:30 p.m. With joint case management statement due by March 8, 2010

1  continued to ~~March 4, 2010~~. Further, pursuant to the court's request, all parties agree to appear
2  telephonically. Parties shall notify the courtroom deputy of the respective phone numbers.
3
4  Dated: January __, 2010                    LAW OFFICES OF ROBERT F. KANE
                                               LEGAL AID OF MARIN
5                                              COMMUNITY LEGAL SERVICES IN EAST
                                               PALO ALTO
6  Dated: 1/29/10
                                               By_____
7                                              ROBERT F. KANE
                                               Attorneys for Plaintiff
8                                              AUDREY McNAMARA NEVIS

9                                              REED SMITH LLP
                                               David C. Powell
10                                             Heather B. Hoesterey
                                               Attorneys for Defendant
11                                             WELLS FARGO BANK, N.A, CARRINGTON
                                               SECURITIES LP, CARRINGTON MORTGAGE
12                                             LOAN TRUST, SERIES 2006-NC4, STANWICH
                                               ASSET ACCEPTANCE COMPANY, LLC
13
14                                             BY_____
                                                   HEATHER B. HOESTEREY
15
                                               BARDELLINI, STRAW, CAVIN & BUPP, LLP
16                                             Daniel Arsenault
                                               Helen V. Powers
17                                             Attorneys for Defendant
                                               GATEWAY TITLE COMPANY
18
19                                             BY _/s/ Daniel Arsenault_____
                                                   DANIEL ARSENAULT
20
21
                                               ROBERT CLINCO, ESQ.
22                                             Attorney for Defendant
                                               JOHN SPEAR
23
24
                                               BY_____
25                                                 ROBERT CLINCO
26
27
28

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*