ROBERT F. KANE, ESQ. (State Bar No. 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
(415) 982-1510; Fax (415) 982-5821
rkane1089@aol.com

PAUL B. COHEN (State Bar No. 148371)
BROOKE THATCHER (State Bar No. 228637)
LEGAL AID OF MARIN
30 North San Pedro Road
San Rafael, CA 94903
(415) 492-0230; Fax (415) 492-0947
bthacher@legalaidofmarin.org

SHIRLEY HOCHHAUSEN (State Bar No. 145619)
COMMUNITY LEGAL SERVICES OF EAST PALO ALTO
2117-B University Avenue
East Palo Alto, CA 94303
(650) 326-6440; Fax (650) 326-9722
S.Hochhausen@hotmail.com

Attorneys for Plaintiff
AUDREY McNAMARA NEVIS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS,<br><br>　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, et al.,<br><br>　　Defendants.<br>_____/ | CASE NO.: C 07 2568 MHP<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT INTERNATIONAL AIRLINES TRAVEL AGENT NETWORK |

PLAINTIFF AUDREY MCNAMARA NEVIS HEREBY GIVES NOTICE that the above-captioned matter be and hereby is dismissed without prejudice be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1) against defendant International Airlines Travel

1
NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT INTERNATIONAL

Agent Network only, each party to bear their own costs and attorney fees.

Dated: February 26, 2010

LAW OFFICES OF ROBERT F. KANE
LEGAL AID OF MARIN
COMMUNITY LEGAL SERVICES IN EAST PALO ALTO

By /s/ Robert F. Kane
ROBERT F. KANE
Attorneys for Plaintiff
AUDREY McNAMARA NEVIS

3/2/2010

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA