# BARDELLINI, STRAW, CAVIN & BUPP, LLP

ATTORNEYS AT LAW
2000 Crow Canyon Place, Suite 330
San Ramon, California  94583

Telephone:  (925) 277-3580
Facsimile:  (925) 277-3591
www.bscb.com

July 20, 2010

**Via Electronic Filing**

Honorable Magistrate Judge James Larson
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue, 18th Floor
San Francisco, California  94102

> **Re:** *Nevis v. Wells Fargo Bank, et al.*
> **U.S. District Court Court Case No. C07-2568**
> **Request for Telephonic Appearance at Further Settlement Conference by Representative of Defendant Gateway Title Company**
> **Further Settlement Conference: August 11, 2010 at 2:00 p.m**
> **Courtroom F, 15th Floor, San Francisco**

IT IS SO ORDERED
/s/ James Larson
Judge James Larson

Dear Judge Larson:

    This letter is sent to request permission for Defendant GATEWAY TITLE COMPANY's representative to appear telephonically at the further settlement conference scheduled in this matter on August 11, 2010.  Gateway Title Company's representative is located in Southern California and the amount of time necessary to travel this distance to the attend the conference in person creates a hardship.

    Thank you for your consideration of this request.

Very truly yours,

/s/ Daniel O. Arsenault

Daniel O. Arsenault

DA/cjm
Encl.