# ReedSmith

**Heather B. Hoesterey**
Direct Phone: +1 415 659 5958
Email: hhoesterey@reedsmith.com

Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
+1 415 543 8700
Fax +1 415 391 8269
reedsmith.com



IT IS SO ORDERED
Judge James Larson

E-FILED

July 23, 2010

The Honorable James Larson
United States District Court Magistrate Judge
Northern District of California
San Francisco Division
450 Golden Gate Avenue, 18th floor
San Francisco, California 94102

**Re: Nevis v. Wells Fargo Bank, N.A. et al.
Case no. C07-2568**

Dear Judge Larson:

We write to request permission for a representative from Carrington Securities, LP ("Carrington") and from Stanwich Asset Acceptance Company, LLC ("Stanwich") with settlement authority to appear telephonically at the further settlement conference scheduled in this matter for August 11, 2010. Stanwich and Carrington's representative with settlement authority is located in southern California.

Good cause exists to grant the request to appear telephonically because the time and expense that would be involved in traveling to the further settlement conference would create an undue hardship. A representative from Stanwich and Carrington was personally present at the first settlement conference held in this matter.

Neither Carrington nor Stanwich were involved in the loan transaction at issue in this litigation. Stanwich and Carrington are parties to the Pooling and Servicing agreements for the Trust evidenced by the Carrington Mortgage Loan Trust, Series 2006-NC4 Asset-Backed Pass-Through Certificates. Plaintiff's loan which is at issue in this litigation is included in the Trust.

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-104186528.1 7/23/10 12:46 PM

The Honorable James Larson
July 23, 2010
Page 2

ReedSmith

Thank you for your consideration of this request. Should you need any additional information, please do not hesitate to contact me.

Respectfully submitted,

Heather B. Hoesterey

HBH:gg