LAW OFFICES OF
PERRY ROSHAN-ZAMIR



July 26, 2010

**VIA ELECTRONIC FILING**

Honorable Magistrate Judge James Larson
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Ave., 18th Floor
San Francisco, CA 94102

   Re: Nevis v. Wells Fargo Bank, et al.
     U.S.D.C. Case No. C07-2568
     Request for Telephonic Appearance at Further Settlement Conference by Representative for Defendants Jaklin Khorandi and Defendant Tina Aghai
     Further Settlement Conference: August 11, 2010 at 2:00 p.m.
     Courtroom F 15th Floor, San Francisco

Dear Judge Larson,

   This letter is sent to request permission for Defendant Jaklin Khorsandi's and Defendant Tina Aghai's representative (the undersigned) to appear telephonically at the Further Settlement Conference scheduled in this matter for August 11, 2010. This request is being sent because both parties are of limited financial means and cannot afford to pay the undersigned travel expenses to attend the Further Settlement Conference the conference personally.

   Thank you for your consideration of this request. Please do not hesitate to contact me should you have any questions or concerns.

                  Sincerely,

                  Perry Roshan-Zamir

2530 Wilshire Blvd., Third Floor, Santa Monica, CA 90403
Phone: 310-582-1993   perry@roshan-zamir.com   Fax: 310-582-1994