```
1  Robert A. Clinco      SB# 35585
   821 Appelby Street
2  Venice, CA  90291
   (310) 396-6251 Voice,  (310) 564-2027 FAX
3  e-mail:  Robert@ClincoLaw.com

4

5  Attorney for Defendant, John B. Spear

6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 AUDREY McNAMARA NEVIS              ) Case No.  C -07-2568 MHP
                                      )
12                       Plaintiff    ) Stipulation to Continue Status
                                      ) Conference
13          v.                        )
                                      ) Date:  November 1, 2010
14 WELLS FARGO BANK, et.al            ) Time:   3:00 pm
                                      ) Judge:  Hon. Marilyn Hall Patel
15 _____Defendants____)  Courtroom 15

16      IT IS HEREBY STIPULATED by and between the parties to this action, that subject to

17 the approval by the Court, the Status Conference presently scheduled for 3:00 pm on Monday,

18 November 1, 2010, in Courtroom 15, before the Honorable Marilyn Hall Patel, Judge of

19 the United States District Court, San Francisco, be continued to Monday, January 10, 2011, at

20 3:00 pm, on that date.

21      Dated:   October 26,  2010
                                           _____
22                                          Robert A. Clinco
                                            Attorney for Defendant, Spear
23

24

25
```

STIPULATION TO CONTINUE STATUS CONFERENCE
and ORDER
Page 1 of 4

|  |  |  |
|---|---|---|
| 1 |  | LAW OFFICE OF ROBERT F. KANE |
|  |  | Robert F. Kane |
| 2 |  | Attorney for Plaintiff, Nevis |
| 3 |  | COMMUNITY LEGAL SERVICES IN EAST PALO ALTO |
| 4 |  | Shirley Hochhausen |
|  |  | Attorney for Plaintiff, Nevis |

LEGAL AID OF MARIN
Paul B. Cohen
Brooke Thatcher
Attorneys for Plaintiff, Nevis

Dated: 10/27/10

_____
Robert F. Kane
Attorneys for Plaintiff, Nevis


REED SMITH, LLP
David C. Powell
Heather B. Hosesterey
Attorneys for Defendants
Wells Fargo Bank, N.A.
Carrington Securities, LP,
Carrington Mortgage Loan Trust,
  Series 2006-NC4
Stanwich Asset Acceptance Company, LLC

Dated: _____

_____
Heather B. Hoesterey


BARDELLINI, STRAY, CAVIN
  & BUPP, LLP
Helen V. Powers
Daniel Arsenault
Attorneys for Defendant
Gateway Title Company

Dated: _____

_____
Daniel Arsenault

|   |   |   |
|---|---|---|
| 1 | | LAW OFFICE OF ROBERT F. KANE |
| | | Robert F. Kane |
| 2 | | Attorney for Plaintiff, Nevis |
| 3 | | COMMUNITY LEGAL SERVICES IN EAST PALO ALTO |
| 4 | | Shirley Hochhausen |
| | | Attorney for Plaintiff, Nevis |
| 5 | | |
| | | LEGAL AID OF MARIN |
| 6 | | Paul B. Cohen |
| | | Brooke Thatcher |
| 7 | | Attorneys for Plaintiff, Nevis |
| 8 | Dated: _____ | _____ |
| | | Robert F. Kane |
| 9 | | Attorneys for Plaintiff, Nevis |

11  REED SMITH, LLP
    David C. Powell
12  Heather B. Hosesterey
    Attorneys for Defendants
13  Wells Fargo Bank, N.A.
    Carrington Securities, LP,
14  Carrington Mortgage Loan Trust,
        Series 2006-NC4
15  Stanwich Asset Acceptance Company, LLC

16  Dated: October 26' 10    /s/ Heather B. Hoesterey
                             _____
                             Heather B. Hoesterey
17

18  BARDELLINI, STRAY, CAVIN
        & BUPP, LLP
19  Helen V. Powers
    Daniel Arsenault
20  Attorneys for Defendant
    Gateway Title Company
21

22  Dated: _____    _____
                             Daniel Arsenault

23

24

| | |
|---|---|
| 1 | LAW OFFICE OF ROBERT F. KANE |
|   | Robert F. Kane |
| 2 | Attorney for Plaintiff, Nevis |
| 3 | COMMUNITY LEGAL SERVICES IN EAST PALO ALTO |
| 4 | Shirley Hochhausen |
|   | Attorney for Plaintiff, Nevis |
| 5 | |
|   | LEGAL AID OF MARIN |
| 6 | Paul B. Cohen |
|   | Brooke Thatcher |
| 7 | Attorneys for Plaintiff, Nevis |

Dated: _____    _____
                          Robert F. Kane
                          Attorneys for Plaintiff, Nevis


REED SMITH, LLP
David C. Powell
Heather B. Hosesterey
Attorneys for Defendants
Wells Fargo Bank, N.A.
Carrington Securities, LP,
Carrington Mortgage Loan Trust,
     Series 2006-NC4
Stanwich Asset Acceptance Company, LLC

Dated: _____    _____
                          Heather B. Hoesterey


BARDELLINI, STRAY, CAVIN
      & BUPP, LLP
Helen V. Powers
Daniel Arsenault
Attorneys for Defendant
Gateway Title Company

Dated: 10/27/10           /s/ Daniel Arsenault
                          Daniel Arsenault

---

STIPULATION TO CONTINUE STATUS CONFERENCE
and ORDER
Page 2 of 4

| | | |
|---|---|---|
| 1 | Dated:    10-26-2010 | PERRY ROSHAN-ZAMIR |
| 2 | | Attorney for Defendants<br>TINA AGHAI and JAKLIN KHORSANDI |

*/s/ Perry R-Zamir*
Perry Roshan-Zamir

ORDER FOR CONTINUANCE

Pursuant to the stipulation by the parties, the Status Conference presently scheduled for November 1, 2010, at 3:00 pm is hereby continued to January 10, 2011. at 3:00 pm, in Courtroom 15, United States District Court, San Francisco, California.

Dated: 10/28/2010

The Honorable Marilyn Hall Patel
United States District Court Judge

IT IS SO ORDERED

Judge Marilyn H. Patel