David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659

Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendants and Cross-Complainants Wells Fargo Bank, N.A., Carrington Securities, L.P., and Stanwich Asset Acceptance Company, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY McNAMARA NEVIS,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | No.: C-07-2568 MHP<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:         January 10, 2011<br>Time:        3:00 p.m.<br>Place:       Dept. 15<br><br>Honorable Marilyn H. Patel |

WHERAS, Plaintiff in this action, Audrey McNamara Nevis, and defendants Gateway Title Company, Wells Fargo Bank, N.A., Carrington Securities, L.P., Stanwich Asset Acceptance Company, L.L.C., Tina Aghai and Jaklin Khorsandi have negotiated the terms of a conditional settlement agreement but have yet to memorialize the terms of the agreement in a written settlement agreement, the parties respectfully request a brief continuance of the status conference, currently set for January 10, 2011 at 3:00 p.m. until February 28, 2010, at 3:00 p.m., or the Court's first available date thereafter,

IT IS HEREBY STIPULATED by and between the parties to this action, that subject to the approval by the Court, the Status Conference presently scheduled for 3:00 pm on Monday, January 10, 2011, in Courtroom 15, before the Honorable Marilyn Hall Patel, Judge of the United States District Court, San Francisco, be continued to February 28, 2010, at 3:00 p.m. on that date, or the Court's first available date thereafter.

DATED: January 5, 2011.

REED SMITH LLP

By   / s / Heather B. Hoesterey
David C. Powell
Heather B. Hoesterey
Attorneys for Defendants and Cross-Complainants Wells Fargo Bank, N.A., Carrington Securities, L.P., and Stanwich Asset Acceptance Company, L.L.C.

DATED: January __, 2011.

LAW OFFICES OF ROBERT F. KANE

By_____
Robert F. Kane
Attorney for Plaintiff/Counter-Defendant Audrey McNamara Nevis

DATED: January __, 2011.

LAW OFFICES OF ROBERT A. CLINCO

By_____
Robert A. Clinco
Attorney for Defendant/Counter-Claimant/Third Party Plaintiff John B. Spear

IT IS HEREBY STIPULATED by and between the parties to this action, that subject to the approval by the Court, the Status Conference presently scheduled for 3:00 pm on Monday, January 10, 2011, in Courtroom 15, before the Honorable Marilyn Hall Patel, Judge of the United States District Court, San Francisco, be continued to February 28, 2010, at 3:00 p.m. on that date, or the Court's first available date thereafter.

DATED: January __, 2011.

REED SMITH LLP

By_____
David C. Powell
Heather B. Hoesterey
Attorneys for Defendants and Cross-Complainants Wells Fargo Bank, N.A., Carrington Securities, L.P., and Stanwich Asset Acceptance Company, L.L.C.

DATED: January 5, 2011.

LAW OFFICES OF ROBERT F. KANE

By_____
Robert F. Kane
Attorney for Plaintiff/Counter-Defendant Audrey McNamara Nevis

DATED: January 4, 2011.

LAW OFFICES OF ROBERT A. CLINCO

By_____
Robert A. Clinco
Attorney for Defendant/Counter-Claimant/Third Party Plaintiff John B. Spear

1   DATED: January 5, 2011.

2   BARDELLINI, STRAY, CAVIN & BUPP, LLP

3

4   By *Daniel Arsenault*
    Helen V. Powers
5   Daniel Arsenault
    Attorneys for Defendant Gateway Title Company

6   DATED: January __, 2011.

7   LAW OFFICES OF PERRY ROSHAN-ZAMIR

8

9   By _____
    Perry Roshan-Zamir
10  Attorney for Defendants Tina Aghai and Jaklin
    Khorsandi

11

12  **ORDER FOR CONTINUANCE**

13

14  Pursuant to the stipulation by the parties, the Status Conference presently scheduled for

15  January 10, 2011, at 3:00 pm, is hereby continued to February 28, 2011 at

16  3:00 pm, in Courtroom 15, United States District Court, San Francisco, California.

17

18  DATED: January 7, 2011

19  _____
    The Honorable Marilyn Hall Patel
20  United States District ~~Court~~

    IT IS SO ORDERED
    [signature]
    Judge Marilyn H. Patel

No.: C-07-2568 MHP                    – 3 –                         US_ACTIVE-105267172.1
STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

DATED: January __, 2011.

          BARDELLINI, STRAY, CAVIN & BUPP, LLP

By_____
   Helen V. Powers
   Daniel Arsenault
   Attorneys for Defendant Gateway Title Company

DATED: January 6, 2011.

          LAW OFFICES OF PERRY ROSHAN-ZAMIR

By_____
   Perry Roshan-Zamir
   Attorney for Defendants Tina Aghai and Jaklin Khorsandi

## ORDER FOR CONTINUANCE

Pursuant to the stipulation by the parties, the Status Conference presently scheduled for January 10, 2011, at 3:00 pm, is hereby continued to _____ at _____, in Courtroom 15, United States District Court, San Francisco, California.

DATED: _____      _____
                                  The Honorable Marilyn Hall Patel
                                  United States District Court Judge