ROBERT KANE (CSB No. 71407)
LAW OFFICES OF ROBERT KANE
870 Market Street
San Francisco California. 94102
Tel: (415) 982-1510; Fax: (415) 982-5821
RkanE1089@aol.com

BROOKE THATCHER (CSB No. 228637 )
LEGAL AID OF MARIN
30 NORTH SAN PEDRO ROAD
SAN RAFAEL, CALIFORNIA 94903
Tel: (415) 492-0230; Fax: (415) 492-0947
bthacher@legalaidofmarin.org

SHIRLEY HOCHHAUSEN (CSB No. 145619)
COMMUNITY LEGAL SERVICES IN
EAST PALO ALTO
2117-B University Avenue
East Palo Alto, CA 94303
Tel:  (650) 326-6440; Fax:(650) 326-9722
S_Hochhausen@hotmail.com

Attorneys for Plaintiff
AUDREY MCNAMARA NEVIS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS, | CASE NO.:  C 07 2568 MHP |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| WELLS FARGO BANK, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, that the complaint as to defendant Gateway Title Company only be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

LAW OFFICES OF ROBERT KANE
LEGAL AID OF MARIN
COMMUNITY LEGAL SERVICES IN
EAST PALO ALTO
Attorney For Plaintiff
Audrey McNamara Nevis

| | | |
|---|---|---|
| 1 | Dated: | BY: /S/ ROBERT F. KANE |
| 2 | | ROBERT F. KANE |
| 3 | | REED SMITH LLP<br>David C. Powell |
| 4 | | Heather B. Hoesterey<br>Attorneys for Defendants |
| 5 | | WELLS FARGO BANK, N.A, CARRINGTON SECURITIES LP, CARRINGTON MORTGAGE |
| 6 | | LOAN TRUST, SERIES 2006-NC4, STANWICH ASSET ACCEPTANCE COMPANY, LLC |
| 7 | Dated: MARCH 30, 2011 | BY /S/ HEATHER B. HOESTEREY |
| 8 | | HEATHER B. HOESTEREY |
| 9 | | BARDELLINI, STRAW, CAVIN & BUPP, LLP<br>John F. Cavin |
| 10 | | Helen V. Powers<br>Attorneys for Defendant |
| 11 | | GATEWAY TITLE COMPANY |
| 12 | Dated: | BY /S/ HELEN V. POWERS |
| 13 | | HELEN V. POWERS |
| 14 | | ROBERT CLINCO, ESQ. |
| 15 | | Attorney for Defendant<br>JOHN SPEAR |
| 16 | | |
| 17 | Dated: MAR. 28, 2011 | BY: /S/ ROBERT CLINCO |
| 18 | | ROBERT CLINCO |
| 19 | | |
| 20 | | PERRY ROSHAN-ZAMIR<br>Attorney for Defendants |
| 21 | | TINA AGHAI AND JAKLIN KHORSANDI |
| 22 | | BY /S/ PERRY ROSHAN-ZAMIR |
| 23 | | PERRY ROSHAN-ZAMIR |
| 24 | Dated: | WESTON, GARROU & MOONEY<br>Attorneys for DEFENDANTS NATHAN SCHINE, |
| 25 | | SHAI MOSHE, MICHAEL MOSHE EDISON AND MARK HANNA |
| 26 | | BY /S/ JEROME MOONEY |
| 27 | | JEROME MOONEY |
| 28 | ** ALL ACTUAL SIGNATURES ON FILE ** | |

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]

2

STIPULATION FOR DISMISSAL