ROBERT KANE (CSB No. 71407)
LAW OFFICES OF ROBERT KANE
870 Market Street
San Francisco California. 94102
Tel: (415) 982-1510; Fax: (415) 982-5821
Rkane1089@aol.com

PAUL B. COHEN  (State Bar No. 148371)
LEGAL AID OF MARIN
30  NORTH SAN PEDRO ROAD
SAN RAFAEL, CALIFORNIA 94903
Tel: (415) 492-0230; Fax: (415) 492-0947

SHIRLEY HOCHHAUSEN (CSB No. 145619)
COMMUNITY LEGAL SERVICES IN
EAST PALO ALTO
2117-B University Avenue
East Palo Alto, CA 94303
Tel:  (650) 326-6440; Fax:(650) 326-9722
S_Hochhausen@hotmail.com

Attorneys for Plaintiff
AUDREY MCNAMARA NEVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS,<br><br>    Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, et al.,<br><br>    Defendants.<br>_____/ | CASE NO.:  C 07 2568 MHP<br><br>~~(PROPOSED)~~ **JUDGMENT PURSUANT TO STIPULATION IN FAVOR OF PLAINTIFF AUDREY MCNAMARA NEVIS** |

In accordance with the terms of the written Stipulation for Entry of Judgment in Favor of Plaintiff Audrey McNamara Nevis and against Defendant John Spear only, filed on July 21, 2011.

THE COURT FINDS THAT:

　　　1.　　Co-defendant Executive Financial Lending, Inc. ("Executive") was a California corporation licensed as a real estate broker with the California Department of Real

Estate. Executive.

2. Executive fraudulently induced Plaintiff to refinance her home located at 16 Creekside Drive in San Rafael, California ("Home") knowing that she would not be able to afford the loan payments.

3. Defendant aided and abetted Executive's fraud by providing and allowing Executive, among others, to use his real estate license for compensation without providing proper supervision.

4. As a consequence of these and other omissions and fraudulent representations, the Property, in which the owner had equity of over $300,000 at the time of the transactions at issue, was went into foreclosure in 2007 resulting in substantial damage to Plaintiff including but not limited to damages for emotional distress and the loss of her Home and its equity.

IT IS HEREBY ORDERED AND ADJUGED THAT:

1. Plaintiff shall recover from Defendant John Spear the sum of Seven Thousand Five Hundred Dollars ($7,500) for compensatory and Two Thousand Five Hundred Dollars ($2,500) in punitive damages, less credit of $125.00, plus costs of suit and attorney fees in the amount of $800.

2. This judgment is one for obtaining money by fraud, for fraud while acting in a fiduciary capacity and for willful and malicious injury by said Defendant John Spear as defined under 11 U.S.C. §523(a)(2), (4) and (6) of the United States Bankruptcy Code.

3. This judgment does not affect Plaintiff's claims against any remaining Defendants in this action.

Dated: July 21, 2011



JUDGMENT