David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Defendants and Cross-Complainants Wells Fargo Bank, N.A., individually and as Trustee of the Carrington Mortgage Loan Trust, Series 2006-NC4; Carrington Securities, L.P., and Stanwich Asset Acceptance Company, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, et al.,<br><br>Defendants. | No.: C-07-2568 MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO DISSOLVE PRELIMINARY INJUNCTION AND VACATE MAY 25, 2007 ORDER |
| AND RELATED CROSS-ACTIONS. | |

WHEREAS, on May 25, 2007 this Court entered an Order and Preliminary Injunction restraining and enjoining defendants and their agents and assigns from directly or indirectly selling or attempting to sell or initiating or proceeding with foreclosure proceedings with respect to the property owned by plaintiff Audrey McNamara Nevis located at 16 Creekside Drive, San Rafael, California, which is the subject of this action ("the Property"), during the pendency of this action; and

1    WHEREAS, Plaintiff's request for the Preliminary Injunction was not opposed by defendants
2  Wells Fargo Bank, N.A., the Carrington Mortgage Loan Trust, Series 2006-NC4, Carrington
3  Securities, L.P., or Stanwich Asset Acceptance Company, L.L.C.; and

5    WHEREAS, in connection with the parties' settlement discussions, it is the desire of the
6  parties that the Preliminary Injunction be dissolved and that this Court's May 25, 2007 Order be
7  vacated so as to allow for the sale or foreclosure of the Property;

9    IT IS HEREBY STIPULATED by and between plaintiff Audrey McNamara Nevis and
10  defendants Wells Fargo Bank, N.A., the Carrington Mortgage Loan Trust, Series 2006-NC4,
11  Carrington Securities, L.P., or Stanwich Asset Acceptance Company, L.L.C, through their respective
12  counsel of record, that the Court may make an enter an order dissolving the Preliminary Injunction
13  and vacating this Court's May 25, 2007 Order on Preliminary Injunction.

15    DATED: July 12, 2011.

                                    LAW OFFICES OF ROBERT F. KANE
                                    LEGAL AID OF MARIN OF MARIN
                                    COMMUNITY LEGAL SERVICES
                                       OF EAST PALO ALTO


                                    By      / s / Robert F. Kane
                                       Robert F. Kane, Esq.
                                       Paul B. Cohen
                                       Shirley Hochhausen, Esq. .
                                       Attorneys for Plaintiff Audrey McNamara Nevis

DATED: July 22, 2011.

REED SMITH LLP

By  / s / Heather B. Hoesterey
David C. Powell
Heather B. Hoesterey

Attorneys for Defendants and Cross-Complainants Wells Fargo Bank, N.A., individually and as Trustee of the Carrington Mortgage Loan Trust, Series 2006-NC4; Carrington Securities, L.P., and Stanwich Asset Acceptance Company, L.L.C.

### [~~PROPOSED~~] ORDER

The Preliminary Injunction and Order restraining and enjoining defendants and their agents and assigns from directly or indirectly selling or attempting to sell or initiating or proceeding with foreclosure proceedings with respect to the property owned by plaintiff Audrey McNamara Nevis located at 16 Creekside Drive, San Rafael, California entered in this action on May 25, 2007 is hereby dissolved and the May 25, 2007 Order vacated.

DATED: 7/25, 2011

The Honorable Maralyn Hall Patel
United States District Court Judge