David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants and Cross-Complainants Wells Fargo Bank, N.A., individually and as Trustee of the Carrington Mortgage Loan Trust, Series 2006-NC4; Carrington Securities, L.P., and Stanwich Asset Acceptance Company, L.L.C.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDREY MCNAMARA NEVIS,<br><br>                Plaintiff,<br><br>        vs.<br><br>WELLS FARGO BANK, et al.,<br><br>                Defendants.<br><br>AND RELATED CROSS-ACTIONS. | No.: C-07-2568 MHP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

It is hereby stipulated, by and between plaintiff Audrey McNamara Nevis and defendants Wells Fargo Bank, N.A., Carrington Mortgage Loan Trust, Series 2006-NC4, Carrington Securities, L.P., and Stanwich Asset Acceptance Company, L.L.C., by and through their respective counsel of record, that the Court may make and enter its Order dismissing this action in its entirety as against Wells Fargo Bank, N.A., Carrington Mortgage Loan Trust, Series 2006-NC4, Carrington Securities, L.P., and Stanwich Asset Acceptance Company, L.L.C. with prejudice, each party to bear its own costs and fees.

DATED: July 22, 2011.

REED SMITH LLP

By  / s / Heather B. Hoesterey
   David C. Powell
   Heather B. Hoesterey
   Attorneys for Defendants and Cross-Complainants
   Wells Fargo Bank, N.A., individually and as
   Trustee of the Carrington Mortgage Loan Trust,
   Series 2006-NC4; Carrington Securities, L.P., and
   Stanwich Asset Acceptance Company, L.L.C.

DATED: July 12, 2011.

LAW OFFICES OF ROBERT F. KANE
LEGAL AID OF MARIN OF MARIN
COMMUNITY LEGAL SERVICES
   OF EAST PALO ALTO

By  / s / Robert F. Kane
   Robert F. Kane, Esq.
   Paul B. Cohen
   Shirley Hochhausen, Esq. .
   Attorneys for Plaintiff Audrey McNamara Nevis

**IT IS SO ORDERED:**

DATED: __July 25__, 2011

The Honorable
United States

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(United States District Court, Northern District of California seal)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware